# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-01005-JPB
## D. H. Pace Company, Inc. v. Johnson et al
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 04/12/2022.

TIME COURT COMMENCED: 2:40 P.M.
TIME COURT CONCLUDED: 6:40 P.M.
TIME IN COURT: 3:45
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Wayne Cartwright representing Matthew Johnson<br>Stephen La Briola representing D. H. Pace Company, Inc.<br>David Roberts representing Matthew Johnson |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | The Court held a Motion for TRO and Preliminary Injunction hearing on 4/12/2022. Defendant Matthew Johnson was present, as well as John Nale, a corporate representative for Plaintiff. The parties made oral argument. Counsel for Plaintiff made oral motion to seal exhibit. The Court granted the motion. Plaintiff's Exhibit 1 admitted into evidence under seal. The Court will further address the [2] Motion for TRO in a written order to follow. Hearing concluded. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |