IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| D. H. PACE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JOHNSON and LIBERTY GARAGE DOOR SERVICES, LLC, <br><br> Defendants. | Civil Action No.1:22-CV-01005-SEG |

## **CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, counsel for Plaintiff D.H. Pace Company, Inc. hereby certify that on May 20, 2022, they served a copy of the within and foregoing discovery:

1) *Plaintiff D.H. Pace Company, Inc.'s First Set of Requests for Admission to Defendant Matthew Johnson;*

2) *Plaintiff D.H. Pace Company, Inc.'s First Set of Requests for Admission to Defendant Liberty Garage Door Services, LLC;*

3) *Plaintiff D.H. Pace Company, Inc.'s First Set of Interrogatories to Defendant Matthew Johnson;*

4) *Plaintiff D.H. Pace Company, Inc.'s First Set of Interrogatories to*

*Defendant Liberty Garage Door Services, LLC;*

5) *Plaintiff D.H. Pace Company, Inc.'s First Request for Production of Documents to Defendant Matthew Johnson;* and

6) *Plaintiff D.H. Pace Company, Inc.'s First Request for Production of Documents to Defendant Liberty Garage Door Services, LLC;*

upon all counsel of record by electronic mail and U.S. Mail, addressed as follows:

David A. Roberts
Wayne M. Cartwright
Hall, Gilligan, Roberts & Shanlever LLP
Tower Place 100, Suite 1900
3340 Peachtree Road NE
Atlanta, Georgia 30326
wcartwright@hgrslaw.com
droberts@hgrslaw.com

Respectfully submitted, this 20th day of May, 2022.

s/Ethan M. Knott
Stephen T. LaBriola
Georgia Bar No. 431026
Ethan M. Knott
Georgia Bar No. 737481
Suite 2400 Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303
(404) 586-9200
slabriola@fellab.com
eknott@fellab.com

*Attorneys for Plaintiff D. H. Pace Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

David A. Roberts
Wayne M. Cartwright
Hall, Gilligan, Roberts & Shanlever LLP
Tower Place 100, Suite 1900
3340 Peachtree Road NE
Atlanta, Georgia 30326
wcartwright@hgrslaw.com
droberts@hgrslaw.com

This 20th day of May, 2022.

s/Ethan M. Knott
Ethan M. Knott
