IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| D. H. PACE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JOHNSON and LIBERTY GARAGE DOOR SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-01005-SEG |

## CONSENT ORDER

Plaintiff D.H. Pace Company, Inc. ("DH Pace") and Defendants Matthew Johnson ("Johnson") and Liberty Garage Door Services, LLC ("Liberty") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On July 14, 2022, the Court entered a Consent Order which set forth in Paragraph 3 deadlines for amending pleadings and conducting discovery (ECF No. 83).

2. The Parties agree to amend Paragraph 3 to the July 14, 2022 Consent Order as set forth in the following paragraph.

3. The Defendants are Ordered to review and produce to Plaintiff on a rolling basis, but no later than September 18, 2022, all ESI documents Plaintiff has provided to Defendants in July in 2022, other than documents subject to attorney-client privilege or the work product doctrine. Plaintiff also shall produce a privilege log to Defendants no later than September 18, 2022. This production shall not limit either party's ability to conduct follow-up discovery.

The dates in the July 14, 2022 [Doc 83] Consent Order are modified as follows:

    a.    Amended Pleadings: November 1, 2022;

    b.    End of the Discovery Period: January 31, 2023;

    d.    Summary Judgment Motions: March 1, 2023;

All other provisions in the Consent Order [Doc 83] shall remain the same and in full force and effect.

SO ORDERED this 22nd day of August, 2022.

*Sarah E. Geraghty*
SARAH E. GERAGHTY
United States District Judge

PREPARED, CONSENTED TO, AND AGREED TO BY:

| **Hall, Gilligan, Roberts & Shanlever LLP** | **FELLOWS LABRIOLA LLP** |
|---|---|
| /s/ Wayne Cartwright | /s/ Stephen T. LaBriola |
| David A. Roberts | Stephen T. LaBriola |
| Georgia Bar No. 608444 | Georgia Bar No. 431026 |
| Brian S. Abrams | Ethan M. Knott |
| Georgia Bar No. 611649 | Georgia Bar No. 737481 |
| Wayne Cartwright | Suite 2400 Harris Tower |
| Georgia Bar No. 611649 | 233 Peachtree Street, NE |
| Tower Place 100, Suite 1900 | Atlanta, GA 30303 |
| 3340 Peachtree Road NE | (404) 586-9200 |
| Atlanta, Georgia 30326 | slabriola@fellab.com |
| (404) 442-8776 | eknott@fellab.com |
| droberts@hgrslaw.com | |
| babrams@hgrslaw.com | *Attorneys for Plaintiff D. H. Pace Company, Inc.* |
| wcartwright@hgrslaw.com | |

*Attorneys for Defendants Matthew Johnson and Liberty Garage Door Services, LLC*