# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| D. H. PACE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JOHNSON and LIBERTY GARAGE DOOR SERVICES, LLC, <br><br> Defendants. | Civil Action No. 1:22-cv-01005-SEG |

## RULE 5.4 CERTIFICATE OF SERVING DISCOVERY

Pursuant to Local Rules 5.4A and 26.3A, counsel for Plaintiff hereby certify that on January 30, 2023, they served *Plaintiff D. H. Pace Company, Inc.'s Third Request for Production of Documents to Defendant Matthew Johnson* and *Plaintiff D. H. Pace Company, Inc.'s Fourth Request for Production of Documents to Defendant Liberty Garage Door Services, LLC* upon all counsel of record by electronic, addressed as follows:

David A. Roberts (droberts@hgrslaw.com)

Brian S. Abrams (babrams@hgrslaw.com)

Wayne M. Cartwright (wcartwright@hgrslaw.com)

This 1st day of February, 2023.

        **FELLOWS LABRIOLA LLP**

        /s/ Ethan M. Knott
        Stephen T. LaBriola
        Georgia Bar No. 431026
        Ethan M. Knott
        Georgia Bar No. 737481
        Sharika Zutshi
        Georgia Bar No. 768190
        Suite 2400 Harris Tower
        233 Peachtree Street, NE
        Atlanta, GA 30303
        (404) 586-9200
        slabriola@fellab.com
        eknott@fellab.com
        szutshi@fellab.com

        *Attorneys for Plaintiff D. H. Pace Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

David A. Roberts (droberts@hgrslaw.com)

Brian S. Abrams (babrams@hgrslaw.com)

Wayne M. Cartwright (wcartwright@hgrslaw.com)

This 1st day of February, 2023.

/s/ Ethan M. Knott
Ethan M. Knott