UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| D. H. PACE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW JOHNSON, CRAIG JOHNSON and LIBERTY GARAGE DOOR SERVICES, LLC, <br><br> Defendants. | Civil Action File <br> No. 1:22-cv-01005-SEG |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff, D.H. Pace Company, Inc., and Defendants, Matthew Johnson, Craig Johnson, and Liberty Garage Door Services, LLC, respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for an Order extending the discovery period by two (2) months in this action through and including August 2, 2023, and extending the deadlines for filing discovery motions and summary judgment motions likewise. Accordingly, the parties show the Court as follows:

1. On February 22, 2023, the Court entered an Order setting the end of Discovery for June 2, 2023, and the deadline to file Summary Judgment Motions for July 14, 2023. (Doc No. 117).

2. Since the Court set this deadline, the parties have worked

cooperatively and diligently through the discovery process.

3. The parties have conducted significant discovery during this time; however, Defendants' counsel has been in a three (3) week trial that has interrupted discovery in this matter. To complete all necessary discovery and conduct additional depositions, the parties need more time.

4. As a result, the parties jointly request to extend the discovery deadline by two (2) months through and including August 2, 2023.

5. The parties also request a similar extension for filing discovery motions and summary judgment motions through and including September14, 2023.

6. For these reasons, the parties respectfully request that the Court extend the deadline for discovery to August 2, 2023, and the deadline to file discovery motions and summary judgment motions to September 14, 2023. A proposed Order to this effect is attached as Exhibit 1.

Respectfully submitted this 19th day of May 2023.

<u>/s/ Stephen T. Labriola</u>
Stephen T. LaBriola
Georgia Bar No. 431026
slabriola@fellab.com
Ethan M. Knott
Georgia Bar No. 737481
eknott@fellab.com
Sharika Zutshi
Georgia Bar No. 768189
szutshi@fellab.com
FELLOWS LABRIOLA LLP
Suite 2400 Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303
(404) 586-9200

*Counsel for Plaintiff*

<u>/s/ David A. Roberts</u>
David A. Roberts
Georgia Bar No. 608444
droberts@hgrslaw.com
Brian S. Abrams
Georgia Bar No. 611649
babrams@hgrslaw.com
Wayne M. Cartwright
Georgia Bar No. 257328
wcartwright@hgrslaw.com
HALL, GILLIGAN, ROBERTS &
SHANLEVER, LLP
3340 Peachtree Road, N.E.
Suite 1900
Atlanta, Georgia 30326-1082
(404) 247-0994

*Counsel Defendants*