**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
**Neil Broom on 07/25/2023**

```
 1                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION
      _____
 3

 4    D.H. PACE COMPANY, INC.,        :
                                      :
 5         Plaintiff,                 :
                                      :
 6    versus                          : CIVIL ACTION FILE
                                      : NUMBER:
 7    MATTHEW JOHNSON; CRAIG JOHNSON  : 1:22-cv-1005-SEG
      and LIBERTY GARAGE DOOR         :
 8    SERVICES, LLC,                  :
                                      :
 9         Defendants.                :

10    _____

11

12                 DEPOSITION OF NEIL BROOM

13                       12:00 P.M.

14                     July 25, 2023

15                    CONDUCTED REMOTELY

16

17

18

         Susan DiFilippantonio, RPR, CCR No. B-2125
19

20

21

22

23

24

25
```

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                                          Page 2

```
 1    APPEARANCES:

 2    On Behalf of the Plaintiff, D.H. PACE COMPANY, INC.:

 3    FELLOWS LABRIOLA, LLP
      BY:  Stephen T. LaBriola (via videoconference)
 4    233 Peachtree Street, NE
      Suite 2400
 5    Atlanta, GA 30303
      404.586.9200
 6    slabriola@fellab.com

 7    On Behalf of the Defendants, MATTHEW JOHNSON; CRAIG
      JOHNSON and LIBERTY GARAGE DOOR SERVICES, LLC:
 8
      HALL, GILLIGAN, ROBERTS & SHANLEVER, LLP
 9    BY:  Wayne M. Cartwright (via videoconference)
      3340 Peachtree Road, NE
10    Suite 1900
      Atlanta, GA 30326-1082
11    404.247.0994
      wcartwright@hgrslaw.com
12
      Also Present:    Dana Mehrer, via videoconference
13                     Craig Johnson, via videoconference
                       Ethan Knott, via videoconference
14                     Matthew Johnson, via videoconference

15

16

17

18

19

20

21

22

23

24

25
```

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                                    Page 3

```
 1                    I N D E X
      WITNESS/EXAMINATION                        PAGE
 2
      NEIL BROOM                                    4
 3    EXAMINATION                                   4
            BY MR. CARTWRIGHT
 4    DISCLOSURE                                   53
      CERTIFICATE OF REPORTER                      57
 5    SIGNATURE OF DEPONENT                        59

 6                  E X H I B I T S

 7          Defendants' Exhibit 1, Expert         13
            Report of Neil Broom
 8          Defendants' Exhibit 2, January 28,    22
            2021 E-mail
 9          Defendants' Exhibit 3, Outlook        29
            Spreadsheet
10          Defendants' Exhibit 4, Outlook        29
            Spreadsheet
11          Defendants' Exhibit 5, January 31,    38
            2021, E-mail
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  (Tuesday, July 25, 2023                    12:00 P.M.)
 2                        NEIL BROOM,
 3  called as a witness at the instance of the Defendants,
 4  being first duly sworn, was examined and deposed as
 5  follows:
 6                        EXAMINATION
 7  BY MR. CARTWRIGHT:
 8  Q.     All right, Mr. Broom.
 9              MR. CARTWRIGHT:  This will be the
10     deposition of Neil Broom, taken in the matter of
11     D.H. Pace Company versus Matt Johnson et al.  It
12     will be taken for all purposes allowable under the
13     Federal Rules of Civil Procedure and Discovery.
14              Steve, are we in agreement to reserve
15     objections except to the form of the question until
16     first use?
17              MR. LABRIOLA:  And responsiveness of the
18     answer, yes.
19              MR. CARTWRIGHT:  And responsiveness of
20     the answer.  Okay.  Very good.
21  BY MR. CARTWRIGHT:
22  Q.     Mr. Broom, I am going to do an abbreviated
23  version of my opening because I think, if I read all of
24  your materials right, this is not your first deposition;
25  is that correct?
```

1    A.      That's correct, sir.

2    Q.      All right.  So you know the deal here.  I will

3    ask you some questions.  You answer them to the best of

4    your knowledge.  The only thing that I want to focus

5    with in this preamble is that I am going to ask you some

6    questions that don't make sense.  I'm not going to mean

7    to ask you questions that don't make sense.  I am just

8    going to ask you one.  And when I do, I will not be

9    offended.  Just tell me that it does not make sense, and

10   I will be happy to repeat it or rephrase it so that it

11   makes sense to you so that we get a clean record.  If

12   you don't tell me that, I am going to assume that you

13   understood my question.  Okay?  But otherwise, I will

14   move forward and hope that you correct me if I

15   somehow -- or when I ask you a bad question.

16           Does that work?

17   A.      Yes, sir.

18   Q.      All right.  I don't think that this should take

19   too long.  This is not a 68-page expert report,

20   thankfully.  So hopefully, we can get through pretty

21   quickly, but if you need a break, that's fine.  You

22   know, just let me know.  I am happy to go off record and

23   let you run to the restroom or something like that.

24           My only request would be that you don't do that

25   while I have got a question pending, but otherwise, just

 1   let me know.

 2          Does that work for you?

 3   A.     Yes, sir.

 4   Q.     All right.  Well, let's get the background

 5   information out of the way pretty quickly.  I don't want

 6   to waste our time.  I know I have your resume and stuff

 7   like that, but I do want to get a little bit of it on

 8   the record.

 9          So could you just state your full name for the

10   record, please.

11   A.     Neil Broom.

12   Q.     And what is your current occupation, Mr. Broom?

13   A.     I am the president and lab director for

14   Technical Resource Center, Inc.

15   Q.     Okay.  And what is Technical Resource Center,

16   Inc.?

17   A.     A computer forensics and cell phone forensics

18   lab.

19   Q.     Okay.  And you have a dual role as president and

20   lab director.

21          So can you briefly describe what you do as

22   president and what you do as lab director?

23   A.     President for the business side, lab director

24   for the forensics side.

25   Q.     And as part of your qualifications, your resume

1    showed multiple certifications.

2          I assume that that is all still up-to-date and

3    an accurate representation?

4    A.    Yes, sir.

5    Q.    Okay.  And I will not ask you about each one of

6    those.  We will move on.

7          I do want to get a little bit -- how long have

8    you been in the computer forensic businesses?

9    A.    I started Technical Resource Center in 2000, and

10   I guess my -- I guess we would back up and say my first

11   computer forensics certification, 2004.

12   Q.    Okay.  And are you certified as it relates to

13   computers and cell phones?

14   A.    Yes, sir.

15   Q.    What about do you have any specific

16   certifications that relate to e-mail accounts?

17   A.    I only have the general certifications,

18   including e-mail.

19   Q.    Okay.  All right.  And I know that you have

20   served as an expert witness, and I am not asking you to

21   count up the number of times that you listed.

22          But could you ballpark that for me?  Would you

23   say that you have served more or less than 50 times?

24   A.    More.

25   Q.    Okay.  And have you testified more or less than

1   50 times?

2   A.      I would say probably 30 times.  It's kind of a

3   loaded question for me since I am an ex-law enforcement

4   officer.  So I have plenty of time in court as a cop

5   before becoming an expert, but I was a DUI expert.  So I

6   was an expert when I was testifying in court there too.

7   Q.      Understood.  Well, let me rephrase those

8   questions because -- thank you for that clarification.

9           As a computer forensics person -- so, I guess,

10  since 2000 roughly -- would you say more or less that

11  you have served as an expert witness 50 times?

12  A.      Let's say 30.

13  Q.      Okay.  And how does this new qualification

14  change your answer about testimony?  Is that still

15  around the 30 times as a computer forensics expert?

16  A.      Yes.

17  Q.      Okay.  And does that include testimony in

18  deposition and in court?  Or is that just court?

19  A.      Deposition and court.

20  Q.      Okay.  And have you ever worked for D.H. Pace

21  before this engagement?

22  A.      No, sir.

23  Q.      Have you ever worked for the law firm of Fellows

24  LaBriola before this engagement?

25  A.      Yes, sir.

1   Q.     Have you ever testified in your role as an

2   expert for Fellows LaBriola before this case?

3   A.     Yes, sir.

4   Q.     Okay.  Can you ballpark how many times you have

5   done that?

6   A.     Testifying for Fellows LaBriola?

7   Q.     Yeah.

8   A.     I can think of one right off the bat, but there

9   might have been a second.

10  Q.     Okay.  And I don't want any specifics, but I

11  assume your role in that dealt with computer forensics

12  and looking at data from someone's computer.

13         Is that an accurate description?

14  A.     Yes, sir --

15  Q.     Okay.

16  A.     -- and computer devices.

17  Q.     Computer devices.  All right.  And were you

18  retained by Fellows LaBriola in this matter?

19  A.     Yes, sir.

20  Q.     And what was your understanding of your scope of

21  work that you were supposed to do when you were

22  retained?

23  A.     I believe it was May of 2021 when I first spoke

24  with Steve LaBriola about this case, and the way that it

25  started was I was presented a proposed ESI protocol to

1  review to see if I had any input on the protocol.  So --

2  which that told me y'all had already started the

3  process.  So I was brought in -- Mr. LaBriola was just

4  checking to see if I had any input on what that protocol

5  might need to be changed, and if I remember correctly, I

6  was satisfied with the protocol.

7  Q.     Okay.  And I sent you an e-mail that had a

8  couple of exhibits earlier.

9         Could you open the one titled Exhibit 1, please?

10 A.     It's open.

11 Q.     Okay.  And looking at that, could you tell me

12 what Exhibit 1 is?

13 A.     Exhibit 1 is a copy of my expert report dated

14 June 29, 2023, in this matter.

15 Q.     Okay.  And you have --

16         MR. LABRIOLA:  Wayne, let me just state

17     -- I was just going to say I think that we can

18     probably stipulate with you that it would have been

19     May of 2022, not May of 2021.

20         MR. CARTWRIGHT:  Oh, okay.

21         THE WITNESS:  Sorry.

22 BY MR. CARTWRIGHT:

23 Q.     I think that is right.  I am not going to hold

24 you to -- that's fine.  I am not -- I am not playing

25 "got you" on dates.  It all seems like it's still 2022

```
 1   to me.
 2            Okay.  So you said that this was -- Exhibit 1
 3   was your expert report?
 4   A.      Yes, sir.
 5   Q.      And I think you noted that it was dated
 6   June 29th of 2023?
 7   A.      Yes, sir.
 8   Q.      Is this the most up-to-date version of your
 9   expert report?
10   A.      Yes, sir.
11   Q.      Got it.  All right.
12            MR. CARTWRIGHT:  And, Steve, just a
13        little housekeeping.  I know that you and Ethan got
14        those -- got these exhibits too.  I will plan to --
15        when I call them out, consider them to be admitting
16        the exhibit, and then I will send them to the Court
17        Reporter after we are done, and you, obviously, can
18        be copied on that.
19            Is that okay?
20            MR. LABRIOLA:  Sure.  It might be easier
21        too if you can just share a screen and pull it up
22        too, whatever you are -- whatever exhibit you are
23        referencing.
24            MR. CARTWRIGHT:  Yeah, I will do that on
25        some of them.  For the report, just because we will
```

1    be flipping through it, I do not want to be

2    manually scrolling down.  And I think that Neil has

3    it there.

4              THE WITNESS:  Wayne, quick question for

5    you.  Did you -- did you get my CV as part of this

6    expert report?

7              MR. CARTWRIGHT:  I did.  I did, yeah.  I

8    got that.  I did not send that to you, and I do not

9    need it to be an exhibit.

10             THE WITNESS:  I see.

11             MR. CARTWRIGHT:  I assume it is what it

12   is, so to speak.  I am not going to ask you any CV

13   questions today.

14   BY MR. CARTWRIGHT:

15   Q.    You note in paragraph 2 that you collected 33

16   computers, cell phones, e-mail accounts, and online

17   storage accounts?

18   A.    Yes, sir.

19   Q.    Is that an accurate number of devices and

20   accounts that you have reviewed for this matter?

21   A.    Yes, sir.

22   Q.    Okay.  And kind of explain to me what all that

23   encompassed, to your understanding.

24   A.    If you can give me a moment, I can actually be

25   precise with that answer.  I did have an e-mail where I

1   was detailed in my -- in that collection to state what I

2   actually -- I summarized everything.

3                    (Defendants' Exhibit 1, Expert Report of

4            Neil Broom, was marked for identification.)

5   BY MR. CARTWRIGHT:

6   Q.       And is this an e-mail that you sent to me?

7   A.       No.  This is an e-mail -- actually, it's an

8   e-mail with my original bill to Fellows LaBriola.  And

9   in that, I summarized the devices that had been

10  collected.  So I can answer your -- like I said, I can

11  answer your question precisely if you would just give me

12  a second.

13  Q.       Okay.

14  A.       So it included 5 computers, 2 iPhones, 5 iPads,

15  13 e-mail accounts, 1 OneDrive online storage account, 1

16  Google Drive online storage account, 2 Facebook

17  accounts, 3 iCloud accounts, and 1 Synology NAS device.

18  Q.       Okay.  All right.  And were you instructed by

19  Fellows LaBriola to look for confidential information of

20  D.H. Pace on these devices?

21  A.       Yes, sir.

22  Q.       Okay.  And did you locate any confidential

23  information -- well, first off, how did those

24  instructions -- what were your instructions on that?

25  What did they say about confidential information?

```
 1   A.      I was actually provided a sample of confidential
 2   information that they had already determined was
 3   exfiltrated from the company and asked to locate that
 4   information.  Later, during the ESI protocol, keywords
 5   were defined.  And both sides agreed, and that is what
 6   we searched for.
 7   Q.      So did you do any other type of searching
 8   besides those two methods?
 9   A.      Before the keywords were agreed upon, we used
10   the confidential information to try to develop our own
11   keyword list, and then the attorneys developed a keyword
12   list for us to use.
13   Q.      Did you actually search the keyword list that
14   you used to -- that you developed yourself?  Or did you
15   only ever search the keyword list developed by the
16   attorneys?
17   A.      The keyword list developed by the attorneys is
18   what was used to do production.  We -- I would say the
19   easiest way to phrase it was, while we were still
20   getting to learn the evidence, we used our keyword list.
21          So as we -- so in other words, the confidential
22   information, we developed words off of the confidential
23   information to look for and developed a picture of what
24   the evidence showed before y'all confirmed a keyword
25   list, and then we use that for the actual productions.
```

1    Q.      Okay.  And I understand that is for the

2    production.

3            Did you look at any of the data that was

4    generated from your keyword list that you generated?

5    A.      No.  We were just trying to figure out what it

6    is we would be looking for in the case.  So it wasn't --

7    it wasn't, like, a review of trying to figure out what

8    things were.  It was just trying to figure out what

9    keywords would work in the matter.

10   Q.      Okay.  And you said that you searched for

11   specific confidential information.

12           How did you go about searching for that?

13   A.      We were provided a sample of the January 28th

14   e-mail and the attachments.

15   Q.      Okay.  And what -- what process did you use to

16   search the devices and accounts for that e-mail?

17   A.      Are you referring to what technical tool we

18   used?  Or are you just, in theory, how we searched?

19   Q.      Let's start with theory, and we will work to

20   technical tool.

21   A.      Okay.  So the way our process works is

22   collection of all the evidence is performed first.

23   Obviously, you were involved in the collection process.

24   After we collected it, we preprocessed all of that

25   evidence.  So we get it in a form that we can look at

1    the forensics collection.

2           In this case, AccessData's Forensics Toolkit is

3    one of the tool kits that we used.  It works pretty well

4    for ESI collections because it allows us to deal with

5    e-mail in a concise manner.  So we like to use that

6    tool.  There are other tools that we do use at times,

7    but FTK is the primary tool that we used here to do --

8    to deal with this large volume of data.

9           And then we searched the data using an indexing

10   tool that is built into FTK, and we are basically

11   indexing each of those keywords.  So anywhere there is a

12   hit for the keyword, that is how we produce the files.

13   And in this case, each of the productions I sent to you

14   was because a file in the evidence matched one of the

15   keywords in the index of it.

16   **Q.      Did you do anything other than a keyword-based**

17   **search when looking for the specific e-mail that you**

18   **were provided with?**

19   A.      No, sir.

20   **Q.      So it was just keywords drawn from that e-mail**

21   **that you used to locate confidential information?**

22   A.      Right.  And the specific January 28th e-mail, we

23   found immediately.  It was -- it was not hard for us to

24   find that e-mail.

25   **Q.      Right.  Had you the keyword, and so you could**

1   type it in and --

2   A.       We had a copy of the actual message.  So finding

3   the actual message in the evidence was, you know, easy.

4   **Q.       Okay.  Other than that January 28th e-mail, did**

5   **you locate on these 33 devices any other confidential**

6   **information of D.H. Pace's?**

7   A.       I would say yes, and that information was all

8   included in the production that we provided to you and

9   then, after you cleared it for privilege, that we

10  provided to Fellows LaBriola.

11  **Q.       Okay.  You do not identify any of that in your**

12  **expert report, any of the other confidential**

13  **information.**

14  **         So what other confidential information did you**

15  **locate?**

16  A.       I can't recall at this point.  It's not part of

17  my expert testimony in this case.  So I don't -- I don't

18  have a recollection of what it was exactly.  I produced

19  so much data.  I -- basically, I will summarize it to

20  say my expert report was based on what Fellows LaBriola

21  just described as necessary for this case.  So I'm

22  assuming the other documents were not something that

23  they requested me to do an expert testimony on.

24  **Q.       And the keyword search was not limited,**

25  **though -- or do you know whether the keyword searches**

1    that you were running was limited to confidential

2    information or if it included relevant information to

3    other accounts in this case?

4    A.      I don't recall right off the top of my head.

5    Q.      So other than this one e-mail that you have

6    identified in your report, you are not prepared to

7    provide any testimony about other confidential

8    information that may have been discovered on these

9    devices; is that your position?

10   A.      That's correct.  I am limiting my testimony to

11   the January 28, '21, e-mail.

12   Q.      Okay.  And no other e-mail whatsoever?

13   A.      Correct.

14   Q.      Okay.  Could you talk to me a little bit about

15   the collection process?  How did that go about

16   occurring?

17   A.      I had an associate go to the -- your client's

18   office.  If I remember correctly, they had a similar

19   instance with the Court Reporter this morning.  Got

20   there and started imaging on the first day, and the

21   power went out.  So we had to have a return visit, and I

22   believe it was a total of three days, maybe four days

23   total to get all the evidence preserved.  And then that

24   information was then sent to my lab in Florida for

25   processing.

1    Q.      And did you make physical images of the devices?

2    A.      Correct.  Correct.  Greg Fordham was the person

3    who did the imaging for us, and he physically imaged

4    each of the devices that were at the facility, at your

5    client's facility.  And then after that, we imaged

6    several accounts online.  So we did that over the

7    internet, as opposed to physically taking possession of

8    something.

9    Q.      And did that the -- did that involve my clients

10   cooperating with your forensic associates in order to

11   obtain these images?

12   A.      Yes, sir.

13   Q.      And did the iCloud accounts involve them

14   providing username and password information?

15   A.      Yes, sir.

16   Q.      And did it involve them being available and

17   willing to give you two-factor authentication clearance?

18   A.      Yes, sir.

19   Q.      And so that I can cite it later, what is

20   two-factor authentication?

21   A.      Two-factor authentication is using two of the

22   following three things:  Something you are, something

23   you know, and something you have.  And the factor way --

24   and the way two-factor authentication is concerned, it's

25   the username and password.  That is something you know.

1    And something you have would be, like, access to a cell

2    phone, and so a secondary request is made of the cell

3    phone.  When you try to log in to the account, it sends

4    a passcode.  You then have to provide that passcode in

5    addition to the password.  So you have to physically

6    possess the phone in order to receive the passcode.  You

7    already have the username and password.  The two

8    together will allow you into the account.  And it's --

9    Q.      And my clients cooperated --  very sorry.

10   A.      It's limited in time.  So you have to do it

11   within a minute or two.

12   Q.      And so my clients cooperated in providing that

13   information to you or your forensic associates while

14   making those collections?

15   A.      Yes, sir.

16   Q.      And it was a total of 33 devices and accounts --

17   A.      Yes, sir.

18   Q.      -- that you imaged?

19   A.      Yes, sir.

20   Q.      Did that seem like a lot of devices and

21   accounts?

22   A.      Not to me.  I have another one where I have 88

23   devices.  So it's -- it's kind of normal for us.

24   Q.      Okay.  Other than the AccessData's FTK software,

25   did you use any other software in this matter?

1  A.      X-Ways Technology has a program called X-Ways --

2  I am sorry.  I forget the name of the company briefly.

3  X-Ways is the name of the program, the software program

4  we use, and we also use Cellebrite to analyze the cell

5  phones.

6  Q.      What -- what is X-Ways?  How does -- what does

7  that apply to?  What do you use that on?

8  A.      Computer images -- images of computer hard

9  drives and peripherals like USB drives, things like

10  that.  So it's a forensics tool in the same manner that

11  AccessData's forensics tool FTK is, but it just displays

12  the data in a different format.  Some tools are better

13  than others.

14      I am trying to remember -- I was trying to

15  answer your last question.  We might have used Magnet

16  Forensics' AXIOM program also, A-X-I-O-M.

17  Q.      Okay.  And what does that program do?

18  A.      They are, again, just different strengths for

19  processing data.  Some display data better.  Some make

20  it easier for you to find data.  Some find data; the

21  other ones don't.  So we kind of use a combination to

22  make sure we are getting all the information we can.

23  Q.      And just so I have a list here and I am not

24  missing anything, that is AccessData's FTK, X-Ways

25  software -- is that X, the letter, Ways?  Or --

 1  A.      Yes, sir.

 2  Q.      -- Cellebrite and AXIOM.  Any other softwares?

 3  A.      That's it, I believe.

 4  Q.      In those 33 devices and accounts, could you give

 5  me a rough number of the amount of e-mails that you

 6  reviewed?

 7  A.      No.  I'm sorry.  I can't begin to tell you that

 8  one.

 9  Q.      Would it be over 100,000, you think?

10  A.      I'm sorry.  I really can't even ballpark that

11  right now.  I got them all right here, but they are in

12  multiple productions.  So I would have to literally add

13  them up and count.

14  Q.      But only one is the confidential information

15  that you are prepared to testify about today; is that

16  correct?

17  A.      That's correct.

18              (Defendants' Exhibit 2, January 28, 2021

19      E-mail, was marked for identification.)

20  BY MR. CARTWRIGHT:

21  Q.      And if you will look at it, I think that's

22  Exhibit 2 that I sent you?

23  A.      Yes, sir, this is -- Exhibit 2 is a

24  representation of the e-mail in question.  However, this

25  particular copy of the message is not the one that I

```
 1   used for my expert report, and if you will indulge me
 2   just briefly, I can explain what I am talking about.
 3   Q.      Yeah, sure.
 4   A.      And it's a very precise thing.  So most people
 5   probably would not pick up on it.
 6           If you look at page 5 of my forensics report --
 7   Q.      Yes.
 8   A.      -- you will see that the subject of mine is
 9   forward forward pricing.  There is two forwards.
10   Q.      Okay.
11   A.      Exhibit 2, notice the subject is forward
12   pricing.  So the example you gave on Exhibit 2 would
13   have been the D.H. Pace sending e-mail, where the one in
14   my report is the Gmail receiving e-mail.
15   Q.      Okay.  Understood.
16   A.      Same information, just different sources.
17   Q.      Understood.  Same e-mail, but this is one from
18   D.H. Pace's system that we've marked as Exhibit 2.  And
19   the one that you listed in your expert report on page 5
20   is the one that came from the Gmail account?
21   A.      Correct.  So the source and the receiver, sender
22   and receiver.
23   Q.      Okay.  Understood.  All right.  And this
24   e-mail -- that is not particularly relevant to the
25   questions that I want to ask about it -- but this e-mail
```

1   has a few attachments; is that correct?

2   A.      Four, yes, sir.

3   Q.      Okay.  Did you locate this e-mail or this e-mail

4   on any other device and account in the 33 accounts and

5   devices that you reviewed besides the Gmail and Matt

6   Johnson's HP laptop?

7   A.      No, sir.

8   Q.      Okay.  Did you locate any of the attachments on

9   any other of the 33 devices that you reviewed other than

10  Matt Johnson's Gmail and Matt Johnson's HP laptop?

11  A.      No, sir.

12  Q.      Okay.  And I understand that the attachments

13  were kind of located in two different forms; is that

14  accurate?

15  A.      Yes, sir.

16  Q.      Let's talk about the first initial form that

17  they were located in.

18          What was that?

19  A.      So very technical concept here.  I would suffice

20  to say there is a lot of people that would have no idea

21  that this particular area exists on a Windows computer,

22  meaning a user not knowing that it exists.  There is an

23  area called the Microsoft.windowscommunicationsapp --

24  that is all one word -- underscore -- and then I am

25  going to give a number/letter sequence -- 8; W, as in

1  whiskey; E, as in echo; K, as in kilo; Y, as in yankee;

2  B, as in boy; 3; D, as in delta; B, as in boy; B, as in

3  boy; W, as in whiskey; E, as in echo.

4          That's the name of a particular directory on a

5  Windows computer, and what that directory is used for or

6  used by is the Microsoft mail and calendars app.  The

7  Microsoft mail and calendars app is a built-in

8  application that allows you to read mail on a Windows

9  computer if you have not purchased Outlook.  So you

10 don't -- if you have not purchased another type of mail

11 program, it's the built-in mail program that you can

12 use.

13         That mail program, when you receive an e-mail

14 message and there is an attachment, the attachments get

15 stored in the directory that I just named.  And, again,

16 it's not something that the user knows about.  It's just

17 done automatically, and those attachments are now stored

18 on the computer in this directory.

19         If you were to go to the directory and delete

20 the message -- delete the attachments, you would no

21 longer be able to call them up in your e-mails.  So you

22 would pull up an e-mail that had attachments, try to

23 look at the attachments, and it would not work.  So it's

24 where the e-mail attachments are kept when you receive a

25 message.  Or, let's say, synch a message from an old

1   store, you bring them onto the computer.  That is how

2   the -- that's where the messages are stored at -- I'm

3   sorry -- the attachments are stored at.

4   **Q.     And would a typical user have any knowledge of**

5   **how to navigate to that folder, in your experience?**

6   A.      No, sir.

7   **Q.     Is that folder hidden within the Microsoft**

8   **folder trees?**

9   A.      I don't want to use the word "hidden" because --

10  I was actually going to write that in my expert report,

11  and then -- let's put it this way:  I stumbled across it

12  as a user, and if you -- if you do a certain technique

13  to save a file, you will -- that directory is right

14  there.  So in other words, I was going to say it's a

15  hidden directory, it can't be accessed by the user, and

16  then while testing that hypothesis out, I actually was

17  able to stumble across it as a user while trying to save

18  the file.

19         So it's not something most users know about, but

20  if you go to save an attachment, it will pop up on your

21  screen and say, "you want to save this right here," and

22  now you have that directory.  And then if you need

23  something from that directory, if you wanted to write it

24  then -- but like I said, if you delete it, it's no

25  longer available as you are reading through your

1   e-mails.

2   Q.      Right.  And in your report, on paragraph 20, you

3   state that the attachments are not deleted.

4           Is that as of when you did the review?

5   A.      Yes, sir.  Let's put it this way:  In the

6   forensics collection that we have, the messages -- the

7   attachments are still in that folder.  So that's the --

8   that's the hard copy -- or the -- that's the preserved

9   copy that we are working from.

10  Q.      Right.  But you are not making any claim that

11  you have knowledge of whether it's still there, sitting

12  in July 25, 2023, correct?

13  A.      On Matt Johnson's computer --

14  Q.      Correct.

15  A.      -- I have no idea.

16  Q.      Okay.  I thought so.  I just wanted to be clear

17  for the record.

18  A.      Understood.

19  Q.      And I think we talked about how they were

20  located in two places.  That's one of them.  And then

21  there was a slight change to them located somewhere

22  else.

23          Can you talk about that?

24  A.      So on Matt Johnson's desktop, there was a

25  directory titled "business opportunity."  The business

1    opportunity directory had been created on May 4, 2021.

2    Inside the business opportunity directory, these four

3    attachments had been created on August 21, 2021.

4    However, the name of each of the files was changed to

5    have the word "copy of" attached in front of each of the

6    messages.

7          Through our testing, we were able to figure out

8    why "copy of" was attached in front of each -- each

9    attachment's name, and that was due to -- I guess the

10   easiest way is for me to give an example -- if you open

11   up an e-mail message that has Excel spreadsheets as

12   attachments, then you open up the Excel spreadsheet from

13   the e-mail message.  Then you select "file save."  When

14   you select "file save," it's going to put "copy of" in

15   front of the name of the attachment.

16   Q.    That is the default setting, again?

17   A.    Yes, sir.

18   Q.    Yeah.  And what folder does that go to for when

19   it -- like, what is the default folder that would it

20   save into?

21   A.    Default is kind of a loaded question because I'd

22   say, a lot of times, it's whatever the folder was you

23   last used.

24   Q.    That was kind of my question.

25         It's just whatever folder you last used is the

1    one that pops up initially; is that correct?

2    A.      Correct.  For many people, that would be the

3    downloads directory on your computer.  In this case, the

4    folder that was navigated to was business opportunity to

5    store the files there.

6    Q.      Okay.  And I think you sent me an e-mail with

7    that directory, and I think that is Exhibit 4 that I

8    sent you.

9            Can you take a look at that?

10   A.      Yes, sir, that's correct.  I have the e-mail

11   open.

12                  (Defendants' Exhibit 3, Outlook

13        Spreadsheet, was marked for identification.)

14                  (Defendants' Exhibit 4, Outlook

15        Spreadsheet, was marked for identification.)

16   BY MR. CARTWRIGHT:

17   Q.      Okay.  And so there was a business opportunity

18   directory?

19   A.      That is correct.

20   Q.      All right.  Can we look at that spreadsheet

21   together?

22   A.      I have it open.

23   Q.      And this spreadsheet does not reflect that

24   those -- that the copy-of spreadsheets that we are

25   talking about were in that directory; is that correct?

```
 1   A.      That is correct.
 2   Q.      And that's because -- and we will talk about
 3   this later -- they were deleted at some point?
 4   A.      Right.
 5   Q.      Got it.  And just so that I understand what is
 6   in this spreadsheet, though, could you walk me through
 7   each column here?
 8   A.      Certainly.  So this is a file-listing
 9   spreadsheet from AccessData's Forensic Toolkit.  Column
10   A is the name of the file.  Column B is a unique item
11   number for the file.  Column C --
12   Q.      How is that item number generated?
13   A.      Column B's item number is automatically
14   generated by Forensic Tool Kit when it first indexes
15   every file on the computer.  So it's an
16   automatically-generated number at the beginning of its
17   processing so that, as anything else is done in your
18   case, the -- that unique item number stays the same for
19   each file so it won't be repeated per device.
20   Q.      Okay.
21   A.      Column C is a -- Column C is referred to as
22   comments.  Typically, we have attorneys tell us whether
23   a file is privileged or not privileged, and they fill
24   out the comments section.  Right now, it's empty on each
25   of the lines for this file-listing spreadsheet.
```

1          Column D is referred to as path.  Path is the
2    location of where the individual file on Column A was
3    located on the device.  So the -- by looking at the full
4    path on Column D, you can determine what file was in
5    what folder.
6          In this case, we are looking at the business
7    opportunity directory from Matt Johnson's desktop.  It's
8    pretty self-explanatory if you follow it through.  The
9    first part of the information is -- in the path is what
10   we refer to as the evidence.  Our case number was 22024.
11   AB was Matt Johnson's computer.  Basic data partition
12   was the physical partition on the device.  Partition 3,
13   Windows directory; the root of the Windows directory;
14   the user, Matt Johnson.  And then we get to the desktop,
15   which is what you would see as the user in your desktop
16   screen.
17   Q.     So as each -- after the desktop, there is, like,
18   a slash, I guess, or forward slash, I think, maybe
19   backslash -- I never could figure those out -- but there
20   is a slash, and there is a name.
21          And does that just represent different file
22   trees?
23   A.     Yes, sir.  Each one of those is a directory
24   until you get down to the individual file at the end.
25   Q.     Okay.  I got it.  And then moving on to the next

1    column, E?

2    A.      E, is a broad category for what type of file was

3    in Column A.  For instance, you could have a JPEG file,

4    Microsoft Excel file, Microsoft Word file, a PDF file.

5           Column F is the extension.  So whatever the

6    file, PDF, XLS, DOC X in this case.  And then the next

7    file, Column G, is the creation date of the file.

8    Column H is the modified date of the file.  Column I is

9    the lasting access date for the file.  Column J is the

10   logical size of the file in bytes.

11   Q.      What does that mean?

12   A.      How big it is, how large the file is.  So for

13   instance, if I had a notepad document that simply had

14   the word "hello," that would be five bytes long.  If I

15   had the book War and Peace, it's going to be multiple

16   megabytes in size.

17          Physical size can be different than the logical

18   size.  Physical size is how the file is -- how the

19   logical file is physically stored on the medium, meaning

20   a hard drive or a thumb drive.  So the physical size is

21   the exact size of the file, but that has to occupy an

22   even number of sectors, clusters on a physical device.

23   So the physical size is filling out those clusters that

24   the logical size did not actually need.

25          Pretty technical.  I did not explain it the

1  best, but it's -- it's the -- think of it like storing a

2  baseball collection in shoeboxes.  It would not -- you

3  did not fill up that last shoebox, but it's too bad.

4  You have got to use the whole shoebox.

5  **Q.      Got it.  Very excellent explanation.**

6  A.      Column L is the MD5 hash.  I am not sure how

7  much experience you have with hash values.

8  **Q.      Not a ton.**

9  A.      So MD5 hash value is -- stands for Message

10  Digest 5.  It is a way to digitally sign a file so that

11  you take the original file, you run it through a

12  mathematical algorithm, and you get this fixed-length

13  value of numbers and letters.  We can take that same

14  file ten years from now, run it through the algorithm,

15  and if we get the exact same value, we know the file has

16  not changed in the last ten years.  Okay.

17       We also do that with entire hard drives.  We

18  take the values of all the data on the hard drive, run

19  it through the mathematical algorithm, get this number.

20  Ten years from now, if you want to know if the data has

21  changed, if we run it through the algorithm and it's the

22  same, we know it has not changed.

23       The MD5 value can also be used for comparison

24  purposes.  I could have a list of important files that

25  we run through the algorithm.  It would list the MD5

1    hashes, and then now I can scan a computer quickly to

2    see if any of those files exist on the computer exactly

3    the same by looking for its MD5 hash value.  If they

4    match, then we know we have an exact copy of the file.

5    That's important because, if I was to change a comma to

6    a period, the MD5 hash value would be different.

7    Q.        Okay.

8    A.        The next column is column M, as in Mary.  That

9    is whether it's an actual file or not an actual file.

10   If it's not an actual file, it could be a part of a

11   file, and what I mean by that is think of a Word

12   document.  A Word document is the Word document we all

13   read, but it also contains multiple forms of metadata

14   that make up that Word document.  So the metadata files

15   would not be part of the Word document.  It would not

16   show actual for the Word document because the actual

17   Word document is the actual file.  The metadata is made

18   up of that document.

19   Q.        Okay.

20   A.        Carved is used with -- which is column N -- that

21   is used for whether a file was deleted and then

22   resurrected, brought back to life.  So we would do what

23   is called data carving.

24             So we start off with the entire forensics image.

25   We then would say I want to recover any files that could

1    be recovered that have been deleted.  And the way we do

2    that is that we data carve those files.  It's an

3    automatic process in Forensics Toolkit, and what it does

4    is it looks for the pattern of how a file starts.  For

5    instance, a JPEG has a header that the first few bytes

6    of that file are always the same for every JPEG file.

7    So it will look for any patterns that match that JPEG

8    file and start at the beginning of that and then carve

9    out X number of bytes to make a new file of the raw data

10   that is on the drives.  So if a file has been deleted,

11   we can bring it back to life, and you can actually see

12   the file, even though Windows can't see it anymore.  So

13   that's data carving.

14          So if you see where it says "carved true," that

15   means it was a deleted file and we were able to recover

16   it and bring it back to life.  You can do that up until

17   the point the file gets overwritten.  So if you have a

18   file on the computer and it gets overwritten, we can no

19   longer data carve that file back to life.

20   Q.      Okay.

21   A.      The next column, column O, is compressed, like a

22   ZIP file or not.  Column P is delete.  So was the file

23   deleted or not deleted.  Q is duplicate file.  So was

24   this a primary or secondary.  You could have -- you

25   could have the same file multiple times on a device, and

1    it -- we will list the first time we see the file as the

2    primary, and then each of the other times, we see the

3    file as a secondary.  So we don't go into tertiary, etc.

4    It's all either primary or secondary.

5         But sometimes it's important not only that you

6    know a file exists on a device.  It's sometimes

7    important to know how many times it exists on the device

8    and, by using the full path, where it exists on the

9    device, using the creative, modified, or access date,

10   when it existed on the device.  So that is what the

11   duplicate, section Q, helps us with.

12        E discovery duplicate, column R, is the same

13   idea.  The column S, author, is what you would think of

14   by going into a Word document, selecting properties or

15   selecting info, who was the copy of Office registered to

16   that started to type the document.  They are the author

17   of the document.

18        Last printed, for column T, if the document had

19   been printed, there is a form of metadata referred to as

20   "last printed," and that is the date there.  There is

21   only the last printed.  The document was printed a

22   minute before or a year before, you would not know that.

23   You would only have the one entry for last printed.

24        Column U, last saved, is who was the person that

25   saved the document last.  So for example, on line 12,

1  you had an author -- Cassandra Smith was the author of

2  the document on line 12, but Matt Johnson was the last

3  one to save the document.  And I don't even know what

4  the document is.  I just really was giving an example.

5  Q.      Yeah.

6  A.      And then last save time was the time that Matt

7  Johnson saved that document for column V.  Revision

8  number, again, that is an Office setting, how many times

9  has the document been revised.  That -- there is a

10 possibility that that is not exact because somebody

11 could turn off, say, track changes.  That type of

12 information can be a little iffy sometimes on how many

13 revisions of a document is actually recorded.  Same with

14 total editing time.  Sometimes, you have a total of

15 editing time for a Word document; sometimes, you don't.

16         What I just said for track changes, column Y,

17 was track changes turned on or not turned on.  The

18 majority of people do not use track changes.  It's very

19 much a lawyer thing.  Y'all use it all the time --

20 Q.      Unfortunately, yes.

21 A.      -- normal people find it's not a normal thing

22 for them.

23         Column Z is encrypted.  So was the file

24 encrypted or not encrypted.  In this case, I don't

25 believe we had any encrypted files.

1        Column AA is from recycle bin.  So that was was

2   this file found in the trash can on the computer or not.

3   AB is very similar to that.  AC is was the particular

4   file an e-mail file, and if it was, that's where the

5   next columns come into play.  AD, AE, AF, AG, AH, AI,

6   AJ, and AK, AL, and AM are all dealing with subject,

7   date, time, sender/receiver of e-mail messages.  So if

8   the message -- if the attachment -- excuse me -- if the

9   line item was an e-mail message, then have you metadata

10  about that e-mail message.

11  **Q.     All right.**

12  A.     I think that -- if you have any more questions,

13  I think that lists the data.

14  **Q.     Yeah.  I think the rest are pretty -- yeah.  All**

15  **right.  Thank you.  I know that was a little boring, but**

16  **I did not know what it meant.  So --**

17  A.     Understood.

18  **Q.     That is what I need you to verify today.**

19  **        So let's go -- and I think it is probably just**

20  **to look at Exhibit 3 and the last access report that is**

21  **attached to that because that has the four documents**

22  **that you discuss in your report.**

23  A.     I have it open.

24               (Defendants' Exhibit 5, January 31, 2021,

25        E-mail, was marked for identification.)

 1  BY MR. CARTWRIGHT:

 2  Q.      Okay.  All right.  So the first thing I want to

 3  do is go through this, but thankfully, it's only through

 4  I.  So it should be a much shorter time, and then we

 5  will talk about the specifics.  Okay?

 6          So can you walk me through what this -- what's

 7  in this spreadsheet?

 8  A.      Certainly.  So this is a -- obviously, you can

 9  tell it's made from the same data we just looked at, the

10  file-listings spreadsheet, but it was paired down.  It

11  was manually paired down by me.  The file-listings

12  spreadsheet was produced by Forensics Toolkit.  You can

13  add or subtract columns.  In this case, I manually

14  subtracted columns that were not necessary to present

15  the data that I was trying to present.

16  Q.      And when you say -- sorry to interrupt, but when

17  you say "you manually did it," does that mean that you,

18  like, had a bigger spreadsheet and you went in and you

19  were, like, delete column B?

20  A.      Yes.

21  Q.      Okay.

22  A.      Just so we wouldn't have to do this the way we

23  just did it on the other example.

24  Q.      Understood.  Do you still have that spreadsheet

25  that you altered?

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                                          Page 40

```
1   A.        I don't know.  I probably have it someplace.  I

2   mean, we can obviously reproduce it within four minutes,

3   but it's -- if it's just a lot of extra information, as

4   you can see, that would not help relay the data to you

5   and to Fellows LaBriola because, again, that --

6   remember, I was -- everything had to go through you

7   first.  So you had to understand it.  So they could --

8   before they even got to look at it.

9   Q.        Right.  Okay.  So going from there, explain what

10  these things are, which, I guess, this is helpful

11  because they are basically the same as what you just

12  gave us the explanation for?

13  A.        Yes, sir.  So the name -- so these, again, are

14  specifically the files that were located in the business

15  opportunity directory, but it's the four e-mail

16  attachments that were the confidential information that

17  we originally were looking for --

18  Q.        Okay.  And so the --

19  A.        -- the column --

20  Q.        -- the columns, we went over all of them.  So

21  just to make sure the date -- they match with what you

22  just explained to us in the previous one?

23  A.        Yes, sir.  The addition -- there is -- I would

24  say there is many -- a better way to say it was a

25  substitution.  We have -- if you notice, before, we had
```

1    created, modified, and access date --

2    Q.        Right.

3    A.        -- where we have creation date, and then we have

4    creation time, local, last-write date, last-write time,

5    last-access date, last-access total.  This is because we

6    used different reports, different tools to verify the

7    data, and we will also use different types of data to

8    make up a report.  And so we got additional information

9    than what we had just in AccessData's Forensic Toolkit.

10   We, in this report, have -- I guess I need to back up a

11   little bit.  There are two major types of metadata.

12   There is operating system metadata, which means

13   Windows-generated metadata.  And then there is

14   application metadata, and the application metadata is,

15   like, from Microsoft Office, Microsoft Word, Microsoft

16   Excel.  Okay?

17            So we have application metadata, and we have

18   file system metadata.  What we were looking at before

19   was file system metadata.  It came from the Windows

20   operating system.  What we have here is in a -- is we

21   have the application metadata.  So we have what the

22   Excel spreadsheet is telling us, not what the operating

23   system was telling us.

24   Q.        Okay.  So did you run a different report than --

25   looking at this, than what we had there and edited it

1    down?  Or were you adding additional columns to this

2    using the app-based data as well?

3    A.      Different report from a different program.  All

4    leads to the same information.  This is the summary --

5    Q.      Okay.

6    A.      -- any other forensics person could take the

7    same data we had, and they would get this exact same

8    information.  This is just a summary of that

9    information.

10   Q.      Well, since it's -- since it is a different

11   report that we ran, then let's just go through the

12   columns again for consistency basis.

13   A.      Okay.  So if you will notice the tab at the

14   bottom of this, see how it says LNK report?

15   Q.      Yes.

16   A.      It stands for link report, and a link report is

17   generated -- or a link file is generated when you open a

18   file.  So in this case, copy of ATL residential costing

19   was double-clicked, opened on the computer, and that

20   then generated what is called a link file.  It's not the

21   file.  It's a piece of data saying, hey, that file was

22   opened.

23          Sometimes, what that allows us to do is to see

24   that a file was on the computer, even though the file is

25   no longer on the computer, because the file is gone, but

1    the link file remains.  The user does not know anything

2    about the link file.  It's a forensics artifact.

3         So in this case, the data on this screen was

4    generated from the link file for the four attachments.

5    Q.    Okay.  All right.  And so the first column there

6    is name?

7    A.    Name of the file, and the four files are listed.

8    Q.    Local path?

9    A.    The -- that's the path of where the files were

10   originally found at.  In this case, in the business

11   opportunity directory of Matt Johnson's desktop.

12   Q.    Okay.  Files --

13   A.    File number is, as we stated earlier, how big

14   the file is, the number of bytes.  The column D is the

15   creation date, so what date was this file created on

16   that volume on that medium.  So in other words, copy

17   of -- copy of and then the Excel spreadsheet was created

18   in business opportunity on 8-21-21.  That does not mean

19   the date the ATL residential costing spreadsheet was

20   created.  That's what day it was created specifically in

21   the business opportunity directory on the desktop --

22   Q.    Okay.

23   A.    -- so creation date is -- can change.  Even

24   though the document does not change, the creation date

25   changes based on when you copy it to a new location, new

1  physical location.  Okay?

2         The creation time is what time that document was

3  created on that -- in that folder.  The last-write time

4  and last-write date is when the file was modified, if it

5  was, and it does not have to be.  And then lastly, the

6  last-access date, last-access time and is when the file

7  was last touched is a good way to say it, last time

8  somebody opened the document.  It doesn't necessarily

9  mean they changed the document, just opened it, just

10  touched it.

11  **Q.     Okay.  Last-write date, does that mean that the**

12  **document was changed in some way?**

13  A.     Modified is what -- is an analogy for it, yes.

14  **Q.     Okay.  Modified.  And what are the types of ways**

15  **that it can be modified?**

16  A.     Somebody physically could change a period to a

17  question mark.  Somebody could, you know, add data or

18  delete data.  You know, anything could be altered on the

19  document and re-saved.  So you modified it, you changed

20  something, and then saved the document again.

21  **Q.     Okay.  Did you do any analysis to see -- it**

22  **looks like the only one that had a last-write date after**

23  **its creation date was the copy of operating -- operator**

24  **pricing?**

25  A.     That's correct.

```
 1   Q.      Did you do any analysis to see what could have

 2   been changed or what was changed or what was written on

 3   it?

 4   A.      No.  No.

 5   Q.      Okay.  Last-access date, explain that to me.

 6           What is an access?

 7   A.      Touching a document.  So that could be opening

 8   the document up, reading it, doing nothing else, then

 9   looking at it, and then closing the document.  That

10   could be a last access.

11   Q.      Okay.  Anything else could be an access?

12   A.      It could.  If you take a file and drag it to the

13   trash can, that could be a last-access entry --

14   Q.      Okay.

15   A.      -- there is other ways -- you could delete a

16   file without doing that -- that would not change the

17   last-access date, but that is one where it potentially

18   would change the last-access date.

19   Q.      Okay.  If you click the file and move it

20   anywhere in the folder, would that change the

21   last-access date?

22   A.      Yes, sir.

23   Q.      Okay.  Anything else that could change the

24   last-access date?

25   A.      Yes.  We have seen instances in the past where,
```

1  like, an antivirus program doing something to the file

2  would change the last-access date --

3  **Q.     Okay.  And --**

4  A.     -- so something the user did not mean to do but

5  that got done anyway.

6  **Q.     Okay.  And how would that work?  What would be**

7  **the -- how does that -- give me a little more detail on**

8  **what you mean by that.**

9  A.     Sure.  You got a series -- by the way, the way

10  we know this happens is because you have 100 files in a

11  folder on your computer.  All of a sudden, you look at

12  the last-access time, and every single one is the exact

13  same time down to the second.  Obviously, you did not

14  open up and look at 100 files within one second.

15  Something on the computer did that automatically.  That

16  would be how we would know that it was a computer

17  function, like an antivirus software, not a user action.

18  **Q.     Okay.  And so it could just be the antivirus is**

19  **running in the background and scanning it?  Is that what**

20  **you mean by it could be that?**

21  A.     Yes, sir.

22  **Q.     Other programs besides antivirus that can scan**

23  **folders -- scan files that could generate a last-access**

24  **time?**

25  A.     Yes, sir.  The -- what we have also seen is

1   files and folders access times changing based on a

2   Windows update.  So the Windows operating system gets

3   updated, and for whatever reason, it changes -- decides

4   to change and say, hey, we accessed that folder and,

5   boom, changes all -- again, what we find is that they

6   all have an exact time.  That does not change.  It's the

7   same to the second.  Like, it all matches to the second.

8   Q.      And any time that, say, for instance, if other

9   documents stayed in the folder for a longer period of

10  time because this one was deleted, it would have a

11  different last-access time than those, and we wouldn't

12  have any way of knowing about last-access time if it's

13  one of those virus-type situations; is that correct?

14  A.      When you have finally done it, I need you to

15  repeat because I did not completely understand the

16  question.

17  Q.      Yep.  See, I knew -- I knew I would get you

18  there.

19  A.      You got me.

20  Q.      Yeah.  So if we are looking at a folder --

21  right? -- and a document gets deleted out of that

22  folder, does that freeze its last-access times?

23  A.      Yes, sir --

24  Q.      Okay.

25  A.      -- on a -- just remember, we are not looking --

1  in this particular example, we are not looking at the

2  file.  We are looking at a link file.  So it's a

3  different file that's created from the file itself.  So

4  when you were talking about the file itself, if it --

5  let's put it this way:  It can't be accessed if it's

6  gone.  So if you deleted the file, the last-access date

7  can't be after that.

8  **Q.      Understood.  Does the link file provide any,**

9  **like, all access dates or just the last-access date?**

10  A.      Just the last --

11  **Q.      Okay.  All right.  Understood.**

12  A.      -- and that's the same for each of those.  So

13  when we say created date, modified date, access date,

14  there is one date, and it's -- it's the last one --

15  **Q.      Got you.  All right.**

16  A.      -- let me rephrase that.  The modified access

17  would be the last one.  The created, obviously, is --

18  it's created one time.

19  **Q.      All right.  Understood.  Okay.  That helps.**

20  **        In this spreadsheet, you have file placed in the**

21  **recycle bin for one of the files?**

22  A.      Correct.

23  **Q.      Explain that to me.**

24  A.      So the copy of ATL residential costing, we had a

25  forensics artifact known as a dollar sign R file, and if

1  you look at the path, it actually lists the number of

2  that dollar sign R file.  That -- there is a dollar sign

3  R and a dollar sign I.  The dollar sign I stands for

4  index.  The R stands for the recycle bin.  What those

5  two files are are Windows artifacts about the trash can,

6  and it allows you to remove a file from the trash can

7  and put it back where it was before.  So it's the

8  document itself and then two additional artifacts, the

9  recycle -- the dollar sign R and the dollar sign I.

10  Dollar sign I, the index, says this is where that file

11  came from.  So if you go to a file in your trash can and

12  say recover this file, it will put it back where it was

13  before.

14        So we were able to use the dollar sign R file.

15  Even though a copy of ATL residential costing was gone,

16  the dollar sign R file -- dollar sign R file was still

17  on the computer.  So we knew about the file even though

18  the file was gone.

19  Q.      Okay.  And that's a separate artifact than what

20  is in the link file?

21  A.      Right.

22  Q.      Okay.  And the only one of these four documents

23  that had that particular artifact was copy of ATL

24  residential costing?

25  A.      That's correct.  The other ones were gone.

1    There were no dollar sign R files for the other three.

2    Q.      And is there a reason that a dollar sign R file

3    would not exist for those three?

4    A.      They got overwritten.

5    Q.      Okay.  And is that a manual process?  Like, can

6    I decide to overwrite this artifact R file --

7    A.      No.

8    Q.      -- when I am looking at my computer?

9    A.      No, sir.  It's an automatic function.

10   Q.      Okay.

11              MR. CARTWRIGHT:  And I will tell you, we

12         have been going about an hour, and I had a little

13         bit of coffee before we started this.  So I would

14         like to take a quick nature break.  I don't know if

15         you need one or not, but I do.

16              THE WITNESS:  Okay, sir.

17              How long?

18              MR. CARTWRIGHT:  Any problem with that,

19         Steve?

20              MR. LABRIOLA:  No.  That's fine.

21              MR. CARTWRIGHT:  It's 1:00 P.M. Eastern

22         Time.  So I guess let's do five -- let's do ten

23         minutes, and we will come back.

24              THE WITNESS:  Thank you, sir.

25              (Recess.)

```
 1                    MR. CARTWRIGHT:  And just noting that
 2        Craig Johnson and Matt Johnson have joined and are
 3        listed in on the deposition, along with the other
 4        people who have been present.
 5   BY MR. CARTWRIGHT:
 6   Q.      All right.  Mr. Broom, if you could, would you
 7   look at what I sent over to you, Exhibit No. 5?
 8   A.      Okay.  I have it open.
 9   Q.      All right.  And this is not part of your report.
10           Do you recognize this e-mail at all?
11   A.      I recognize -- yes, the attachments, I
12   recognize.
13   Q.      Okay.  Did you locate these attachments on any
14   of the devices or accounts other than Matt Johnson's
15   Gmail?
16   A.      I do not believe so.
17   Q.      Okay.  All right.  What did you do to prepare
18   for today's deposition?
19   A.      Reread the 600 e-mail messages that we have in
20   this case and went through my expert report.
21   Q.      Okay.  Anything else?
22   A.      No, sir.
23                    MR. CARTWRIGHT:  All right.  I have no
24        further questions.
25                    THE WITNESS:  Had to take a bathroom
```

 1  break, huh?

 2              MR. CARTWRIGHT:  Yeah, well, just want to

 3  make sure --

 4              MR. LABRIOLA:  Let me just do this,

 5  Wayne:  Let me go off the record a minute, and I

 6  will consult with the other folks just to make sure

 7  I have none.  I don't think I do, but let -- let me

 8  confirm.

 9              MR. CARTWRIGHT:  Understood.

10              (Recess.)

11              MR. LABRIOLA:  Okay.  I have confirmed

12  that I have no questions.

13              MR. CARTWRIGHT:  All right.  I assume you

14  will read and sign, Mr. Broom.

15              THE WITNESS:  Yes, sir.

16              MR. CARTWRIGHT:  All right.

17              MR. LABRIOLA:  If the Court Reporter can

18  just send it to my attention, I will get it to

19  Mr. Broom.

20

21              (The deposition was concluded at 1:13

22  p.m.)

23

24

25

```
 1                        DISCLOSURE
 2              Pursuant to Article 10.B of the Rules and
 3    Regulations of the Board of Court Reporting of the
 4    Judicial Council of Georgia which states:  Each
 5    court reporter shall tender a disclosure form at
 6    the time of the taking of the deposition stating
 7    the arrangements made for the reporting services of
 8    the certified court reporter, by the certified
 9    court reporter, the court reporter's employer or
10    the referral source for the deposition, with any
11    party to the litigation, counsel to the parties, or
12    other entity.  Such form shall be attached to the
13    deposition transcript, I make the following
14    disclosure:  I am a Georgia Certified Court
15    Reporter.  I am here as a representative of Huseby
16    Global Litigation.
17         Huseby Global Litigation, was
18    contacted to provide court reporting services for
19    the deposition.  Huseby Global Litigation, will not
20    be taking this deposition under any contract that
21    is prohibited by O.C.G.A. 9-11-28(c).  Huseby
22    Global Litigation, has no contract/agreement to
23    provide reporting services with any party to the
24    case, any counsel in the case, or any reporter or
25    reporting agency from whom a referral might have
```

1    been made to cover this deposition.  Huseby Global

2    Litigation, will charge its usual and customary

3    rates to all parties in the case, and a financial

4    discount will not be given to any party to this

5    litigation.

*Susan DiFilippantonio*

6    _____

     Susan DiFilippantonio, Notary Public
7    and Registered Professional Reporter
     Commission Expires 10-22-2028
8    Georgia Certificate Number 2125

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3        I hereby certify that the foregoing transcript was

4    reported, as stated in the caption, and the questions

5    and answers thereto were reduced to typewriting under my

6    direction; that the foregoing pages represent a true,

7    complete, and correct transcript of the evidence given

8    upon said hearing, and I further certify that I am not

9    of kin or counsel to the parties in the case; am not in

10   the employ of counsel for any of said parties; nor am I

11   in any way interested in the result of said case.

*Susan DiFilippantonio*

12   _____
     Susan DiFilippantonio, Notary Public
13   and Registered Professional Reporter
     Commission Expires 10-22-2028
14   Georgia Certificate Number 2125

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CAPTION

 2      The Deposition of NEIL BROWN, taken in the matter,

 3  on the date, and at the time and place set out on the

 4  title page hereof.

 5      It was requested that the deposition be taken by

 6  the reporter and that same be reduced to typewritten

 7  form.

 8      It was agreed by and between counsel and the

 9  parties that the Deponent will read and sign the

10  transcript of said deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF REPORTER

2    STATE OF GEORGIA

3    COUNTY OF FULTON

4         Before me, this day, personally appeared, NEIL

5    BROWN, who, being duly sworn, states that the foregoing

6    transcript of his deposition, taken in the matter, on

7    the date, and at the time and place set out on the title

8    page hereof, constitutes a true and accurate transcript

9    of said deposition.

10

11   *If no changes need to be made on the following two

12   pages, place a check here ____, and return only this

13   signed page.*

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      DEPOSITION ERRATA SHEET

 2     Assignment No. 460899

 3     Case Caption:  D.H. Pace Company, Inc. -vs- Matthew

 4     Johnson, et al.

 5     Witness:  NEIL BROWN

 6          DECLARATION UNDER PENALTY OF PERJURY I declare

 7     under penalty of perjury that I have read the entire

 8     transcript of my deposition taken in the captioned

 9     matter or the same has been read to me, and the same is

10     true and accurate, save and except for changes and/or

11     corrections, if any, as indicated by me on the

12     DEPOSITION ERRATA SHEET hereof, with the understanding

13     that I offer these changes as if still under oath.

14     _____ There are no changes noted.

15     _____ The following changes are noted:

16     Page No.____Line No.____
       Should read:
17     _____

18     Reason for Change:_____
       Page No.____Line No.____
19     Should read:

       _____
20
       Reason for Change:_____
21     Page No.____Line No.____
       Should read:
22     _____

23     Reason for Change:_____
       Page No.____Line No.____
24     Should read:

       _____
25
       Reason for Change:_____
```

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                                    Page 59

```
 1    Page No.____Line No.____
      Should read:
 2    _____

 3    Reason for Change:_____
      Page No.____Line No.____
 4    Should read:
      _____
 5
      Reason for Change:_____
 6
      SIGNATURE OF DEPONENT
 7
      _____
 8    NEIL BROWN

 9
      Sworn to and subscribed before me
10    this _____ day of _____, _____.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                                Index: 1..accessed

---

Exhibits

---

BroomN-1  3:7
  10:9,12,13
  11:2 13:3

BroomN-2  3:8
  22:18,22,
  23 23:11,
  12,18

BroomN-3  3:9
  29:12
  38:20

BroomN-4
  3:10 29:7,
  14

BroomN-5
  3:11 38:24
  51:7

---

1

---

1  10:9,12,
  13 11:2
  13:3,15,17

10-22-2028
  54:7

10.B  53:2

100  46:10,
  14

100,000  22:9

12  36:25
  37:2

12:00  4:1

13  13:15

1:00  50:21

1:13  52:21

---

2

---

2  12:15
  13:14,16
  22:18,22,
  23 23:11,
  12,18

20  27:2

2000  7:9
  8:10

2004  7:11

2021  9:23
  10:19
  22:18
  28:1,3
  38:24

2022  10:19,
  25

2023  4:1
  10:14 11:6
  27:12

21  18:11
  28:3

2125  54:8

22024  31:10

25  4:1
  27:12

28  18:11
  22:18

28th  15:13
  16:22 17:4

29  10:14

29th  11:6

---

3

---

3  13:17
  25:2 29:12
  31:12
  38:20

30  8:2,12,
  15

31  38:24

33  12:15
  17:5 20:16
  22:4 24:4,
  9

---

4

---

4  28:1
  29:7,14

---

5

---

5  13:14
  23:6,19
  33:10
  38:24 51:7

50  7:23
  8:1,11

---

6

---

600  51:19

68-page  5:19

---

8

---

8  24:25

8-21-21
  43:18

88  20:22

---

9

---

9-11-28(c)
  53:21

---

A

---

A-X-I-O-M
  21:16

AA  38:1

AB  31:11
  38:3

abbreviated
  4:22

AC  38:3

access  20:1
  32:9 36:9
  38:20 41:1
  45:6,10,11
  47:1 48:9,
  13,16

Accessdata's
  16:2 20:24
  21:11,24
  30:9 41:9

accessed

26:15 47:4
48:5

account
13:15,16
20:3,8
23:20 24:4

accounts
7:16
12:16,17,
20 13:15,
17 15:16
18:3 19:6,
13 20:16,
21 22:4
24:4 51:14

accurate   7:3
9:13 12:19
24:14

action   46:17

actual   14:25
17:2,3
34:9,10,
16,17

AD   38:5

add   22:12
39:13
44:17

adding   42:1

addition
20:5 40:23

additional
41:8 42:1
49:8

admitting

11:15

AE   38:5

AF   38:5

AG   38:5

agency   53:25

agreed   14:5,
9

agreement
4:14

AI   38:5

AJ   38:6

AK   38:6

algorithm
33:12,14,
19,21,25

allowable
4:12

altered
39:25
44:18

amount   22:5

analogy
44:13

analysis
44:21 45:1

analyze   21:4

antivirus
46:1,17,
18,22

anymore
35:12

app   25:6,7

app-based
42:2

application
25:8
41:14,17,
21

apply   21:7

area   24:21,
23

arrangements
53:7

Article   53:2

artifact
43:2 48:25
49:19,23
50:6

artifacts
49:5,8

associate
18:17

associates
19:10
20:13

assume   5:12
7:2 9:11
12:11
52:13

assuming
17:22

ATL   42:18
43:19
48:24

49:15,23

attached
28:5,8
38:21
53:12

attachment
25:14
26:20
28:15 38:8

attachment's
28:9

attachments
15:14
24:1,8,12
25:14,17,
20,22,23,
24 26:3
27:3,7
28:3,12
40:16 43:4
51:11,13

attention
52:18

attorneys
14:11,16,
17 30:22

August   28:3

authentication
19:17,20,
21,24

author
36:13,16
37:1

automatic

35:3 50:9

**automatically**
25:17
30:13
46:15

**automatically-
generated**
30:16

**AXIOM**  21:16
22:2

---

**B**

---

**B's**  30:13

**back**  7:10
34:22
35:11,16,
19 41:10
49:7,12
50:23

**background**
6:4 46:19

**backslash**
31:19

**bad**  5:15
33:3

**ballpark**
7:22 9:4
22:10

**baseball**
33:2

**based**  17:20
43:25 47:1

**Basic**  31:11

**basically**
16:10
17:19
40:11

**basis**  42:12

**bat**  9:8

**bathroom**
51:25

**begin**  22:7

**beginning**
30:16 35:8

**big**  32:12
43:13

**bigger**  39:18

**bill**  13:8

**bin**  38:1
48:21 49:4

**bit**  6:7 7:7
18:14
41:11
50:13

**Board**  53:3

**book**  32:15

**boom**  47:5

**boring**  38:15

**bottom**  42:14

**boy**  25:2,3

**break**  5:21
50:14 52:1

**briefly**  6:21
21:2 23:2

**bring**  26:1
35:11,16

**broad**  32:2

**Broom**  4:2,8,
10,22
6:11,12
13:4 51:6
52:14,19

**brought**  10:3
34:22

**built**  16:10

**built-in**
25:7,11

**business**
6:23 27:25
28:2 29:4,
17 31:6
40:14
43:10,18,
21

**businesses**
7:8

**bytes**  32:10,
14 35:5,9
43:14

---

**C**

---

**calendars**
25:6,7

**call**  11:15
25:21

**called**  4:3
21:1 24:23
34:23

42:20

**CARTWRIGHT**
4:7,9,19,
21 10:20,
22 11:12,
24 12:7,
11,14 13:5
22:20
29:16 39:1
50:11,18,
21 51:1,5,
23 52:2,9,
13,16

**carve**  35:2,
8,19

**carved**  34:20
35:14

**carving**
34:23
35:13

**case**  9:2,24
15:6 16:2,
13 17:17,
21 18:3
29:3 30:18
31:6,10
32:6 37:24
39:13
42:18
43:3,10
51:20
53:24 54:3

**Cassandra**
37:1

**category**

32:2

cell   6:17
7:13 12:16
20:1,2
21:4

Cellebrite
21:4 22:2

Center   6:14,
15 7:9

Certificate
54:8

certification
7:11

certifications
7:1,16,17

certified
7:12 53:8,
14

change   8:14
27:21 34:5
43:23,24
44:16
45:16,18,
20,23 46:2
47:4,6

changed   10:5
28:4
33:16,21,
22 44:9,
12,19 45:2

changing
47:1

charge   54:2

checking
10:4

cite   19:19

Civil   4:13

claim   27:10

clarification
8:8

clean   5:11

clear   27:16

clearance
19:17

cleared   17:9

click   45:19

client's
18:17 19:5

clients   19:9
20:9,12

closing   45:9

clusters
32:22,23

coffee   50:13

collected
12:15
13:10
15:24

collection
13:1
15:22,23
16:1 18:15
27:6 33:2

collections
16:4 20:14

column   30:7,
9,10,11,
13,21
31:1,2,4
32:1,3,5,
7,8,9 33:6
34:8,20
35:21,22
36:12,13,
18,24
37:7,16,23
38:1 39:19
40:19
43:5,14

columns   38:5
39:13,14
40:20
42:1,12

combination
21:21

comma   34:5

comments
30:22,24

Commission
54:7

company   4:11
14:3 21:2

comparison
33:23

completely
47:15

compressed
35:21

computer

6:17 7:8,
11 8:9,15
9:11,12,
16,17 21:8
24:21
25:5,9,18
26:1 27:13
29:3 30:15
31:11
34:1,2
35:18 38:2
42:19,24,
25 46:11,
15,16
49:17 50:8

computers
7:13 12:16
13:14

concept
24:19

concerned
19:24

concise   16:5

concluded
52:21

confidential
13:19,22,
25 14:1,
10,21,22
15:11
16:21
17:5,12,14
18:1,7
22:14
40:16

confirm  52:8

confirmed
  14:24
  52:11

consistency
  42:12

consult  52:6

contacted
  53:18

contract
  53:20

contract/
agreement
  53:22

cooperated
  20:9,12

cooperating
  19:10

cop  8:4

copied  11:18

copy  10:13
  17:2 22:25
  27:8,9
  28:5,8,14
  34:4 36:15
  42:18
  43:16,17,
  25 44:23
  48:24
  49:15,23

copy-of
  29:24

correct  4:25

5:1,14
18:10,13
19:2
22:16,17
23:21 24:1
27:12,14
29:1,2,10,
19,25 30:1
44:25
47:13
48:22
49:25

correctly
  10:5 18:18

costing
  42:18
  43:19
  48:24
  49:15,24

Council  53:4

counsel
  53:11,24

count  7:21
  22:13

couple  10:8

court  8:4,6,
  18,19
  11:16
  18:19
  52:17
  53:3,5,8,
  9,14,18

cover  54:1

Craig  51:2

created
  28:1,3
  41:1
  43:15,17,
  20 44:3
  48:3,13,
  17,18

creation
  32:7 41:3,
  4 43:15,
  23,24
  44:2,23

creative
  36:9

current  6:12

customary
  54:2

CV  12:5,12

_____

_____
        D

D.H.  4:11
  8:20 13:20
  17:6
  23:13,18

data  9:12
  15:3 16:8,
  9 17:19
  21:12,19,
  20 31:11
  33:18,20
  34:23
  35:2,9,13,
  19 38:13
  39:9,15
  40:4 41:7

42:2,7,21
43:3
44:17,18

date  32:7,
  8,9 36:9,
  20 38:7
  40:21
  41:1,3,4,5
  43:15,19,
  23,24
  44:4,6,11,
  22,23
  45:5,17,
  18,21,24
  46:2 48:6,
  9,13,14

dated  10:13
  11:5

dates  10:25
  48:9

day  18:20
  43:20

days  18:22

deal  5:2
  16:4,8

dealing  38:6

dealt  9:11

decide  50:6

decides  47:3

default
  28:16,19,
  21

Defendants
  4:3

defendants'
  13:3 22:18
  29:12,14
  38:24

defined  14:5

delete
  25:19,20
  26:24
  35:22
  39:19
  44:18
  45:15

deleted  27:3
  30:3 34:21
  35:1,10,
  15,23
  47:10,21
  48:6

delta  25:2

deposed  4:4

deposition
  4:10,24
  8:18,19
  51:3,18
  52:21
  53:6,10,
  13,19,20
  54:1

describe
  6:21

description
  9:13

desktop
  27:24
  31:7,14,

15,17
  43:11,21

detail  46:7

detailed
  13:1

determine
  31:4

determined
  14:2

develop
  14:10

developed
  14:11,14,
  15,17,22,
  23

device  13:17
  24:4 30:19
  31:3,12
  32:22
  35:25
  36:6,7,9,
  10

devices
  9:16,17
  12:19
  13:9,20
  15:16 17:5
  18:9 19:1,
  4 20:16,
  20,23 22:4
  24:5,9
  51:14

Difilippantoni
o  54:6

Digest  33:10

digitally
  33:10

director
  6:13,20,
  22,23

directory
  25:4,5,15,
  18,19
  26:13,15,
  22,23
  27:25
  28:1,2
  29:3,7,18,
  25 31:7,
  13,23
  40:15
  43:11,21

disclosure
  53:1,5,14

discount
  54:4

discovered
  18:8

discovery
  4:13 36:12

discuss
  38:22

display
  21:19

displays
  21:11

DOC  32:6

document
  32:13
  34:12,14,
  15,16,17,
  18 36:14,
  16,17,18,
  21,25
  37:2,3,4,
  7,9,13,15
  43:24
  44:2,8,9,
  12,19,20
  45:7,8,9
  47:21 49:8

documents
  17:22
  38:21 47:9
  49:22

dollar  48:25
  49:2,3,9,
  10,14,16
  50:1,2

double-clicked
  42:19

downloads
  29:3

drag  45:12

drawn  16:20

drive  13:16
  32:20
  33:18

drives  21:9
  33:17
  35:10

dual  6:19

due    28:9

DUI    8:5

duly    4:4

duplicate
  35:23
  36:11,12

_____

**E**

e-mail    7:16,
  18  10:7
  12:16,25
  13:6,7,8,
  15  15:14,
  16  16:5,
  17,20,22,
  24  17:4
  18:5,11,12
  22:19,24
  23:13,14,
  17,24,25
  24:3
  25:13,22,
  24  28:11,
  13  29:6,10
  38:4,7,9,
  10,25
  40:15
  51:10,19

e-mails    22:5
  25:21  27:1

earlier    10:8
  43:13

easier    11:20
  21:20

easiest
  14:19
  28:10

Eastern
  50:21

easy    17:3

echo    25:1,3

edited    41:25

editing
  37:14,15

employer
  53:9

empty    30:24

encompassed
  12:23

encrypted
  37:23,24,
  25

end    31:24

enforcement
  8:3

engagement
  8:21,24

entire    33:17
  34:24

entity    53:12

entry    36:23
  45:13

ESI    9:25
  14:4  16:4

et al    4:11

Ethan    11:13

evidence
  14:20,24
  15:22,25
  16:14  17:3
  18:23
  31:10

ex-law    8:3

exact    32:21
  33:15  34:4
  37:10  42:7
  46:12  47:6

EXAMINATION
  4:6

examined    4:4

Excel    28:11,
  12  32:4
  41:16,22
  43:17

excellent
  33:5

excuse    38:8

exfiltrated
  14:3

exhibit
  10:9,12,13
  11:2,16,22
  12:9  13:3
  22:18,22,
  23  23:11,
  12,18
  29:7,12,14
  38:20,24
  51:7

exhibits
  10:8  11:14

exist    34:2
  50:3

existed
  36:10

exists
  24:21,22
  36:6,7,8

experience
  26:5  33:7

expert    5:19
  7:20  8:5,
  6,11,15
  9:2  10:13
  11:3,9
  12:6  13:3
  17:12,17,
  20,23
  23:1,19
  26:10
  51:20

Expires    54:7

explain
  12:22  23:2
  32:25  40:9
  45:5  48:23

explained
  40:22

explanation
  33:5  40:12

extension
  32:5

extra    40:3

D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.
Neil Broom on 07/25/2023          Index: Facebook..freeze

| | | | |
|---|---|---|---|
| **F** | 6 37:23 | 47:14 | **forensic** 7:8 |
| | 38:2,4 | | 19:10 |
| **Facebook** | 41:18,19 | **financial** | 20:13 |
| 13:16 | 42:17,18, | 54:3 | 30:9,14 |
| | 20,21,24, | **find** 16:24 | 41:9 |
| **facility** | 25 43:1,2, | 21:20 | |
| 19:4,5 | 4,7,13,14, | 37:21 47:5 | **forensics** |
| | 15 44:4,6 | | 6:17,24 |
| **factor** 19:23 | 45:12,16, | **finding** 17:2 | 7:11 8:9, |
| | 19 46:1 | **fine** 5:21 | 15 9:11 |
| **Federal** 4:13 | 48:2,3,4, | 10:24 | 16:1,2 |
| **Fellows** 8:23 | 6,8,20,25 | 50:20 | 21:10,11 |
| 9:2,6,18 | 49:2,6,10, | | 23:6 27:6 |
| 13:8,19 | 11,12,14, | **firm** 8:23 | 34:24 35:3 |
| 17:10,20 | 16,17,18, | **fixed-length** | 39:12 42:6 |
| 40:5 | 20 50:2,6 | 33:12 | 43:2 48:25 |
| **figure** 15:5, | **file-listing** | **flipping** | **Forensics'** |
| 7,8 28:7 | 30:8,25 | 12:1 | 21:16 |
| 31:19 | | **Florida** | |
| | **file-listings** | 18:24 | **forget** 21:2 |
| **file** 16:14 | 39:10,11 | **focus** 5:4 | **form** 4:15 |
| 26:13,18 | **files** 16:12 | | 15:25 |
| 28:13,14 | 28:4 29:5 | **folder** 26:5, | 24:16 |
| 30:10,11, | 33:24 | 7,8 27:7 | 36:19 |
| 15,19,23 | 34:2,14,25 | 28:18,19, | 53:5,12 |
| 31:2,4,21, | 35:2 37:25 | 22,25 29:4 | **format** 21:12 |
| 24 32:2,3, | 40:14 | 31:5 44:3 | |
| 4,6,7,8,9, | 43:7,9,12 | 45:20 | **forms** 24:13 |
| 10,12,18, | 46:10,14, | 46:11 | 34:13 |
| 19,21 | 23 47:1 | 47:4,9,20, | **forward** 5:14 |
| 33:10,11, | 48:21 49:5 | 22 | 23:9,11 |
| 14,15 | 50:1 | **folders** | 31:18 |
| 34:4,9,10, | **fill** 30:23 | 46:23 47:1 | **forwards** |
| 11,17,21 | 33:3 | **folks** 52:6 | 23:9 |
| 35:4,6,8, | | | |
| 9,10,12, | **filling** | **follow** 31:8 | **found** 16:23 |
| 15,17,18, | 32:23 | **Fordham** 19:2 | 38:2 43:10 |
| 19,22,23, | **finally** | | **freeze** 47:22 |
| 25 36:1,3, | | | |

D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.
Neil Broom on 07/25/2023                    Index: front..information

front  28:5,
  8,15

FTK  16:7,10
  20:24
  21:11,24

full  6:9
  31:3 36:8

function
  46:17 50:9

—————————
      G
—————————

gave  23:12
  40:12

general  7:17

generate
  46:23

generated
  15:4
  30:12,14
  42:17,20
  43:4

Georgia
  53:4,14
  54:8

get all
  18:23

give  12:24
  13:11
  19:17 22:4
  24:25
  28:10 46:7

giving  37:4

Global

53:16,17,
  19,22 54:1

Gmail  23:14,
  20 24:5,10
  51:15

good  4:20
  44:7

Google  13:16

Greg  19:2

guess  7:10
  8:9 28:9
  31:18
  40:10
  41:10
  50:22

—————————
      H
—————————

happy  5:10,
  22

hard  16:23
  21:8 27:8
  32:20
  33:17,18

hash  33:6,
  7,9 34:3,6

hashes  34:1

head  18:4

header  35:5

helpful
  40:10

helps  36:11
  48:19

hey  42:21
  47:4

hidden  26:7,
  9,15

hit  16:12

hold  10:23

hope  5:14

hour  50:12

housekeeping
  11:13

HP  24:6,10

Huseby
  53:15,17,
  19,21 54:1

hypothesis
  26:16

—————————
      I
—————————

icloud  13:17
  19:13

idea  24:20
  27:15
  36:13

identification
  13:4 22:19
  29:13,15
  38:25

identified
  18:6

identify
  17:11

iffy  37:12

image  34:24

imaged  19:3,
  5 20:18

images  19:1,
  11 21:8

imaging
  18:20 19:3

immediately
  16:23

important
  33:24 34:5
  36:5,7

include  8:17

included
  13:14 17:8
  18:2

including
  7:18

index  16:15
  49:4,10

indexes
  30:14

indexing
  16:9,11

individual
  31:2,24

indulge  23:1

info  36:15

information
  6:5 13:19,
  23,25
  14:2,4,10,
  22,23

15:11
16:21
17:6,7,13,
14 18:2,8,
24 19:14
20:13
21:22
22:14
23:16 31:9
37:12
40:3,16
41:8 42:4,
8,9

initial
  24:16

initially
  29:1

input  10:1,4

Inside  28:2

instance  4:3
  18:19
  32:3,13
  35:5 47:8

instances
  45:25

instructed
  13:18

instructions
  13:24

internet
  19:7

interrupt
  39:16

involve

19:9,13,16

involved
  15:23

ipads  13:14

iphones
  13:14

item  30:10,
  12,13,18
  38:9

_____

**J**
_____

January
  15:13
  16:22 17:4
  18:11
  22:18
  38:24

Johnson  4:11
  31:14
  37:2,7
  51:2

Johnson's
  24:6,10
  27:13,24
  31:7,11
  43:11
  51:14

joined  51:2

JPEG  32:3
  35:5,6,7

Judicial
  53:4

July  4:1
  27:12

June  10:14
  11:6

_____

**K**
_____

keyword
  14:11,13,
  15,17,20,
  24 15:4
  16:12,25
  17:24,25

keyword-based
  16:16

keywords
  14:4,9
  15:9
  16:11,15,
  20

kilo  25:1

kind  8:2
  12:22
  20:23
  21:21
  24:13
  28:21,24

Kit  30:14

kits  16:3

knew  47:17
  49:17

knowing
  24:22
  47:12

knowledge
  5:4 26:4
  27:11

_____

**L**
_____

lab  6:13,
  18,20,22,
  23 18:24

Labriola
  4:17 8:24
  9:2,6,18,
  24 10:3,16
  11:20
  13:8,19
  17:10,20
  40:5 50:20
  52:4,11,17

laptop  24:6,
  10

large  16:8
  32:12

last-access
  41:5 44:6
  45:5,13,
  17,18,21,
  24 46:2,
  12,23
  47:11,12,
  22 48:6,9

last-write
  41:4 44:3,
  4,11,22

lasting  32:9

lastly  44:5

law  8:23

lawyer  37:19

leads  42:4

learn  14:20       54:2,5                              29:13,15
letter  21:25      LNK  42:14                          38:25
                                 ──────────────
letters            loaded  8:3        M               Mary  34:8
  33:13              28:21        ──────────────      match  34:4
life  34:22        local  41:4    made  20:2            35:7 40:21
  35:11,16,          43:8          34:17 39:9         matched
  19               locate  13:22   53:7 54:1            16:14
limited              14:3 16:21   Magnet  21:15       matches  47:7
  17:24 18:1         17:5,15      mail  25:6,         materials
  20:10              24:3,8        7,8,10,11,           4:24
limiting             51:13         13                mathematical
  18:10            located        major  41:11         33:12,19
lines  30:25         24:13,17     majority           Matt  4:11
link  42:16,         27:20,21      37:18               24:5,10
  17,20              31:3 40:14   make  5:6,7,         27:13,24
  43:1,2,4         location        9 19:1             31:7,11,14
  48:2,8             31:2 43:25    21:19,22            37:2,6
  49:20              44:1          34:14 35:9          43:11
list  14:11,       log  20:3       40:21 41:8          51:2,14
  12,13,15,        logical         52:3,6            matter  4:10
  17,20,25           32:10,17,     53:13               9:18 10:14
  15:4 21:23         19,24        makes  5:11          12:20 15:9
  33:24,25         long  5:19     making  20:14        20:25
  36:1               7:7 32:14     27:10             MD5  33:6,9,
listed  7:21         50:17        manner  16:5         23,25
  23:19 43:7       longer  25:21   21:10               34:3,6
  51:3               26:25        manual  50:5       meaning
lists  38:13         35:19        manually             24:22
  49:1               42:25 47:9    12:2                32:19
literally          looked  39:9    39:11,13,         means  35:15
  22:12            lot  20:20      17                  41:12
litigation           24:20       mark  44:17        meant  38:16
  53:11,16,          28:22 40:3  marked  13:4       medium  32:19
  17,19,22                         22:19
                                   23:18

43:16

megabytes
32:16

message
17:2,3
22:25
25:14,20,
25 28:11,
13 33:9
38:8,9,10

messages
26:2 27:6
28:6 38:7
51:19

metadata
34:13,14,
17 36:19
38:9
41:11,12,
13,14,17,
18,19,21

methods  14:8

Microsoft
25:6,7
26:7 32:4
41:15

Microsoft.
windowscommuni
cationsapp
24:23

mine  23:8

minute  20:11
36:22 52:5

minutes  40:2
50:23

missing
21:24

modified
32:8 36:9
41:1 44:4,
13,14,15,
19 48:13,
16

moment  12:24

morning
18:19

move  5:14
7:6 45:19

moving  31:25

multiple  7:1
22:12
32:15
34:13
35:25

_____

N

_____

named  25:15

NAS  13:17

nature  50:14

navigate
26:5

navigated
29:4

necessarily
44:8

Neil  4:2,10
6:11 12:2
13:4

normal  20:23
37:21

Notary  54:6

note  12:15

noted  11:5

notepad
32:13

notice  23:11
40:25
42:13

noting  51:1

number  7:21
12:19 22:5
30:11,12,
13,16,18
31:10
32:22
33:19 35:9
37:8
43:13,14
49:1 54:8

number/letter
24:25

numbers
33:13

_____

O

_____

O.C.G.A.
53:21

objections
4:15

obtain  19:11

occupation

6:12

occupy  32:21

occurring
18:16

offended  5:9

office  18:18
36:15 37:8
41:15

officer  8:4

Onedrive
13:15

online  12:16
13:15,16
19:6

open  10:9,
10 28:10,
12 29:11,
22 38:23
42:17
46:14 51:8

opened
42:19,22
44:8,9

opening  4:23
45:7

operating
41:12,20,
22 44:23
47:2

operator
44:23

opportunity
27:25

28:1,2
29:4,17
31:7 40:15
43:11,18,
21

opposed  19:7

order  19:10
20:6

original
13:8 33:11

originally
40:17
43:10

Outlook  25:9
29:12,14

overwrite
50:6

overwritten
35:17,18
50:4

———————————

P

p.m.  4:1
50:21
52:22

Pace  4:11
8:20 13:20
23:13

Pace's  17:6
23:18

paired
39:10,11

paragraph

12:15 27:2

part  6:25
12:5 17:16
31:9
34:10,15
51:9

parties
53:11 54:3

partition
31:11,12

party  53:11,
23 54:4

passcode
20:4,6

password
19:14,25
20:5,7

past  45:25

path  31:1,
4,9 36:8
43:8,9
49:1

pattern  35:4

patterns
35:7

PDF  32:4,6

Peace  32:15

pending  5:25

people  23:4
24:20 29:2
37:18,21
51:4

performed
15:22

period  34:6
44:16 47:9

peripherals
21:9

person  8:9
19:2 36:24
42:6

phone  6:17
20:2,3,6

phones  7:13
12:16 21:5

phrase  14:19

physical
19:1 31:12
32:17,18,
20,22,23
44:1

physically
19:3,7
20:5 32:19
44:16

pick  23:5

picture
14:23

piece  42:21

places  27:20

plan  11:14

play  38:5

playing
10:24

plenty  8:4

point  17:16
30:3 35:17

pop  26:20

pops  29:1

position
18:9

possess  20:6

possession
19:7

possibility
37:10

potentially
45:17

power  18:21

preamble  5:5

precise
12:25 23:4

precisely
13:11

prepare
51:17

prepared
18:6 22:15

preprocessed
15:24

present
39:14,15
51:4

presented
9:25

preserved
 18:23 27:8

president
 6:13,19,
 22,23

pretty  5:20
 6:5 16:3
 31:8 32:25
 38:14

previous
 40:22

pricing
 23:9,12
 44:24

primary  16:7
 35:24
 36:2,4

printed
 36:18,19,
 20,21,23

privilege
 17:9

privileged
 30:23

problem
 50:18

Procedure
 4:13

process  10:3
 15:15,21,
 23 18:15
 35:3 50:5

processing
 18:25

21:19
30:17

produce
 16:12

produced
 17:18
 39:12

production
 14:18 15:2
 17:8

productions
 14:25
 16:13
 22:12

Professional
 54:7

program
 21:1,3,16,
 17 25:11,
 13 42:3
 46:1

programs
 46:22

prohibited
 53:21

properties
 36:14

proposed
 9:25

protocol
 9:25 10:1,
 4,6 14:4

provide  18:7
 20:4 48:8

53:18,23

provided
 14:1 15:13
 16:18
 17:8,10

providing
 19:14
 20:12

Public  54:6

pull  11:21
 25:22

purchased
 25:9,10

purposes
 4:12 33:24

Pursuant
 53:2

put  26:11
 27:5 28:14
 48:5 49:7,
 12

—————————

Q

—————————

qualification
 8:13

qualifications
 6:25

question
 4:15 5:13,
 15,25 8:3
 12:4 13:11
 21:15
 22:24
 28:21,24

44:17
47:16

questions
 5:3,6,7
 8:8 12:13
 23:25
 38:12
 51:24
 52:12

quick  12:4
 50:14

quickly  5:21
 6:5 34:1

—————————

R

—————————

ran  42:11

rates  54:3

raw  35:9

re-saved
 44:19

read  4:23
 25:8 34:13
 52:14

reading
 26:25 45:8

reason  47:3
 50:2

recall  17:16
 18:4

receive  20:6
 25:13,24

receiver
 23:21,22

receiving
  23:14

Recess   50:25
  52:10

recognize
  51:10,11,
  12

recollection
  17:18

record   5:11,
  22  6:8,10
  27:17 52:5

recorded
  37:13

recover
  34:25
  35:15
  49:12

recovered
  35:1

recycle   38:1
  48:21
  49:4,9

refer   31:10

referencing
  11:23

referral
  53:10,25

referred
  30:21 31:1
  36:19

referring
  15:17

reflect
  29:23

registered
  36:15 54:7

Regulations
  53:3

relate   7:16

relates   7:12

relay   40:4

relevant
  18:2 23:24

remains   43:1

remember
  10:5 18:18
  21:14 40:6
  47:25

remove   49:6

repeat   5:10
  47:15

repeated
  30:19

rephrase
  5:10 8:7
  48:16

report   5:19
  10:13
  11:3,9,25
  12:6 13:3
  17:12,20
  18:6 23:1,
  6,14,19
  26:10 27:2
  38:20,22

41:8,10,24
42:3,11,
14,16
51:9,20

reporter
  11:17
  18:19
  52:17
  53:5,8,9,
  15,24 54:7

reporter's
  53:9

reporting
  53:3,7,18,
  23,25

reports   41:6

represent
  31:21

representation
  7:3 22:24

representative
  53:15

reproduce
  40:2

request   5:24
  20:2

requested
  17:23

Reread   51:19

reserve   4:14

residential
  42:18
  43:19

48:24
49:15,24

Resource
  6:14,15
  7:9

responsiveness
  4:17,19

rest   38:14

restroom
  5:23

resume   6:6,
  25

resurrected
  34:22

retained
  9:18,22

return   18:21

review   10:1
  15:7 27:4

reviewed
  12:20 22:6
  24:5,9

revised   37:9

Revision
  37:7

revisions
  37:13

role   6:19
  9:1,11

root   31:13

rough   22:5

roughly   8:10

Rules 4:13
 53:2

run 5:23
 33:11,14,
 18,21,25
 41:24

running 18:1
 46:19

—————————
        S
—————————

sample 14:1
 15:13

satisfied
 10:6

save 26:13,
 17,20,21
 28:13,14,
 20 37:3,6

saved 36:24,
 25 37:7
 44:20

scan 34:1
 46:22,23

scanning
 46:19

scope 9:20

screen 11:21
 26:21
 31:16 43:3

scrolling
 12:2

search
 14:13,15

15:16
16:17
17:24

searched
 14:6
 15:10,18
 16:9

searches
 17:25

searching
 14:7 15:12

secondary
 20:2 35:24
 36:3,4

section
 30:24
 36:11

sectors
 32:22

select
 28:13,14

selecting
 36:14,15

self-
explanatory
 31:8

send 11:16
 12:8 52:18

sender 23:21

sender/
receiver
 38:7

sending
 23:13

sends 20:3

sense 5:6,7,
 9,11

separate
 49:19

sequence
 24:25

series 46:9

served 7:20,
 23 8:11

services
 53:7,18,23

setting
 28:16 37:8

share 11:21

shoebox
 33:3,4

shoeboxes
 33:2

shorter 39:4

show 34:16

showed 7:1
 14:24

side 6:23,
 24

sides 14:5

sign 33:10
 48:25
 49:2,3,9,
 10,14,16
 50:1,2
 52:14

similar
 18:18 38:3

simply 32:13

single 46:12

sir 5:1,17
 6:3 7:4,14
 8:22,25
 9:3,14,19
 11:4,7,10
 12:18,21
 13:21
 16:19
 19:12,15,
 18 20:15,
 17,19
 22:1,23
 24:2,7,11,
 15 26:6
 27:5 28:17
 29:10
 31:23
 40:13,23
 45:22
 46:21,25
 47:23
 50:9,16,24
 51:22
 52:15

sitting
 27:11

situations
 47:13

size 32:10,
 16,17,18,
 20,21,23,
 24

**D.H. PACE COMPANY, INC. vs MATTHEW JOHNSON, ET AL.**
Neil Broom on 07/25/2023                    Index: slash..technique

slash   31:18,
  20

slight   27:21

Smith   37:1

software
  20:24,25
  21:3,25
  46:17

softwares
  22:2

someone's
  9:12

someplace
  40:1

source   23:21
  53:10

sources
  23:16

speak   12:12

specific
  7:15  15:11
  16:17,22

specifically
  40:14
  43:20

specifics
  9:10  39:5

spoke   9:23

spreadsheet
  28:12
  29:13,15,
  20,23
  30:6,9,25

39:7,10,
  12,18,24
  41:22
  43:17,19
  48:20

spreadsheets
  28:11
  29:24

stands   33:9
  42:16
  49:3,4

start   15:19
  34:24 35:8

started   7:9
  9:25 10:2
  18:20
  36:16
  50:13

starts   35:4

state   6:9
  10:16 13:1
  27:3

stated   43:13

states   53:4

stating   53:6

stayed   47:9

stays   30:18

Steve   4:14
  9:24 11:12
  50:19

stipulate
  10:18

storage

12:17
  13:15,16

store   26:1
  29:5

stored
  25:15,17
  26:2,3
  32:19

storing   33:1

strengths
  21:18

stuff   6:6

stumble
  26:17

stumbled
  26:11

subject
  23:8,11
  38:6

substitution
  40:25

subtract
  39:13

subtracted
  39:14

sudden   46:11

suffice
  24:19

summarize
  17:19

summarized
  13:2,9

summary
  42:4,8

supposed
  9:21

Susan   54:6

sworn   4:4

synch   25:25

Synology
  13:17

system   23:18
  41:12,18,
  19,20,23
  47:2

─────────────
         T
─────────────

tab   42:13

taking   19:7
  53:6,20

talk   18:14
  24:16
  27:23 30:2
  39:5

talked   27:19

talking   23:2
  29:25 48:4

technical
  6:14,15
  7:9 15:17,
  20 24:19
  32:25

technique
  26:12

Technology
21:1

telling
41:22,23

ten   33:14,
16,20
50:22

tender   53:5

tertiary
36:3

testified
7:25 9:1

testify
22:15

testifying
8:6 9:6

testimony
8:14,17
17:17,23
18:7,10

testing
26:16 28:7

thankfully
5:20 39:3

theory
15:18,19

thing   5:4
23:4
37:19,21
39:2

things   15:8
19:22 21:9
40:10

thought
27:16

thumb   32:20

time   6:6
8:4 20:10
36:1 37:6,
14,15,19
38:7 39:4
41:4 44:2,
3,6,7
46:12,13,
24 47:6,8,
10,11,12
48:18
50:22 53:6

times   7:21,
23 8:1,2,
11,15 9:4
16:6 28:22
35:25
36:2,7
37:8 47:1,
22

titled   10:9
27:25

today   12:13
22:15
38:18

today's
51:18

told   10:2

ton   33:8

tool   15:17,
20 16:3,6,
7,10

21:10,11
30:14

Toolkit   16:2
30:9 35:3
39:12 41:9

tools   16:6
21:12 41:6

top   18:4

total   18:22,
23 20:16
37:14 41:5

touched
44:7,10

Touching
45:7

track   37:11,
16,17,18

transcript
53:13

trash   38:2
45:13
49:5,6,11

trees   26:8
31:22

true   35:14

tuesday   4:1

turn   37:11

turned   37:17

two-factor
19:17,20,
21,24

type   14:7

17:1 25:10
32:2 36:16
37:11

types   41:7,
11 44:14

typical   26:4

Typically
30:22

---

U

underscore
24:24

understand
15:1 24:12
30:5 40:7
47:15

understanding
9:20 12:23

understood
5:13 8:7
23:15,17,
23 27:18
38:17
39:24
48:8,11,19
52:9

unique
30:10,18

up-to-date
7:2 11:8

update   47:2

updated   47:3

USB   21:9

user  24:22
  25:16
  26:4,12,
  15,17
  31:14,15
  43:1 46:4,
  17
username
  19:14,25
  20:7
users  26:19
usual  54:2

—————————
        V
—————————

values  33:7,
  18
verify  38:18
  41:6
version  4:23
  11:8
versus  4:11
virus-type
  47:13
visit  18:21
volume  16:8
  43:16

—————————
        W
—————————

walk  30:6
  39:6
wanted  26:23
  27:16

War  32:15
waste  6:6
Wayne  10:16
  12:4 52:5
ways  21:25
  44:14
  45:15
whatsoever
  18:12
whiskey
  25:1,3
Windows
  24:21
  25:5,8
  31:13
  35:12
  41:19 47:2
  49:5
Windows-
generated
  41:13
word  24:24
  26:9 28:5
  32:4,14
  34:11,12,
  14,15,16,
  17 36:14
  37:15
  41:15
words  14:21,
  22 26:14
  43:16
work  5:16
  6:2 9:21
  15:9,19

  25:23 46:6
worked  8:20,
  23
working  27:9
works  15:21
  16:3
write  26:10,
  23
written  45:2

—————————
        X
—————————

X-WAYS  21:1,
  3,6,24
XLS  32:6

—————————
        Y
—————————

y'all  10:2
  14:24
  37:19
yankee  25:1
year  36:22
years  33:14,
  16,20

—————————
        Z
—————————

ZIP  35:22

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division**

| | |
|---|---|
| D. H. PACE COMPANY, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 1:22-cv-01005-SEG |
| MATTHEW JOHNSON, LIBERTY GARAGE DOOR SERVICES, LLC, and CRAIG JOHNSON, | |
| Defendants. | |

## EXPERT REPORT OF NEIL BROOM

1.     I was retained by attorney Stephen T. LaBriola from Fellows LaBriola LLP to assist with the Preservation, Collection and Production of Electronically Stored Information in this matter.

2.     As part of the collection of 33 computers, cellphones, email accounts, and online storage accounts, I examined Matt Johnson's HP Laptop computer.

3.     Additionally, I reviewed the email messages from Matt Johnson's Gmail account, "mattjohnson2267@gmail.com" and located an email Matt Johnson sent himself on January 28, 2021, from his DH Pace email address, "MattM.Johnson@dhpace.com," with the subject "Fwd: Fwd: pricing."

4.     This "January 28, 2021" email message contained four attachments that will be the subject of this Expert Report.

1

EXHIBIT
1
Huseby.com

## STATEMENT OF QUALIFICATONS

5.    I am the President and Laboratory Director of Technical Resource Center, Inc.  As an expert witness, investigator, speaker, trainer, course director, and consultant in the fields of Computer Forensics, Cell Phone Forensics, Call Detail Records and Geolocation Analysis, Network and Computer Security, Information Assurance, and Professional Security Testing, I have over 30 years of experience providing investigative, technical, educational, and security services to the military, attorneys, law enforcement, the health care industry, financial institutions, and government agencies.

6.    I am a licensed California Private Investigator, Florida Private Investigator, Texas Private Investigator, Michigan Professional Investigator, Utah Private Investigator, South Carolina Private Investigator, Georgia Private Detective, and Private Detective Instructor.

7.    I have been a qualified Expert Witness in Federal and State Courts and have been appointed to the Los Angeles Superior Court Panel of Expert Witnesses for "Computer Forensics" and "Cellular and GPS Mapping and Analysis."

8.    I was the Developer of the Technical Resource Center's *JumpStart Computer Forensics (Applied Computer Forensics)* course and the ProDiscover Certified Examiner training course and certification.  I have provided training in the fields of Computer Forensics and Information Security to over 3,000 students in the

2

US Government, US Military, US Intelligence Agencies, and Fortune 500 companies in the United States and abroad.

9.    I coauthored a technical book in 2004 for Sybex Publishing titled *Computer Forensics JumpStart*.  The book is a primer for anyone interested in entering the Computer Forensics field.  I was also the Technical Editor of the 2nd edition of this book released in 2011.

10.    I currently serve on the Ethical Standards Committee of the International Society of Forensic Computer Examiners (ISFCE) and previously served on the National Leadership Assembly of the American Society of Digital Forensics & eDiscovery (ASDFED).  Additionally, I am the past Chairman of the Digital Evidence Subcommittee for the International Association for Identification (IAI) and a former member of the Delegate Assembly for the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB).

11.    I hold multiple security certifications including: Certified Computer Examiner (CCE), Certified Fraud Examiner (CFE), Certified Information Systems Security Professional (CISSP), EnCase Certified Examiner (EnCE), AccessData Certified Examiner (ACE), AccessData Certified Investigator, Cellebrite Certified Mobile Examiner (CCME), Cellebrite Certified Physical Analyst (CCPA), and Cellebrite Certified Operator (CCO).

12.    I was awarded a Bachelor of Science (BS) in Computer Forensics and

Digital Investigation and a Master of Science (MS) in Digital Forensic Management from Champlain College.

13.    A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

14.    I was retained by counsel for the Plaintiff.  I am being compensated at the rate of $400 per hour for evidence collection, analysis, consultation, report creation, and testimony.

## JANUARY 28, 2021 EMAIL MESSAGE

15.    The email message from Matt Johnson's Gmail account, "mattjohnson2267@gmail.com," he sent himself on January 28, 2021, from his DH Pace email address, "MattM.Johnson@dhpace.com," with the subject "Fwd: Fwd: pricing," contained four spreadsheet attachments:

A. "ATL Residential Costing Jan 2021.xlsx"

B. "ATL FLAT RATE-RESI PRICING 9-23-2019.xlsx"

C. "MASTER BRICK #'s.xlsx"

D. "Operator  Pricing 2020.xls"

16.    The "January 28, 2021" email message:



## Fwd: Fwd: pricing

"Matt M. Johnson"  <MattM.Johnson@dhpace.com>
To  Matt Johnson <mattjohnson2267@gmail.com>                          1/28/2021

| ATL Residential Costing Jan 2021.xlsx 3 MB | MASTER BRICK #'s.xlsx 27 KB |
| ATL FLAT RATE-RESI PRICING 9-23-2019.xlsx 7 MB | Operator Pricing 2020.xls 1 MB |

Matt Johnson

Residential Service Department Manager
Overhead Door Company of Atlanta & Northeast Georgia



**From:** Matt M. Johnson <MattM.Johnson@dhpace.com>
**Sent:** Thursday, January 28, 2021 4:10:58 PM
**To:** Matt M. Johnson <MattM.Johnson@dhpace.com>
**Subject:** pricing

**Matt M. Johnson**, Residential Department Manager
*Manager*
*Overhead Door Company of Atlanta*

Office: (404) 872-3667
Mobile:(470) 426-2317
Email: MattM.Johnson@dhpace.com
        www.overheaddooratlanta.com

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

Overhead Door Co. of Atlanta - 5105 Avalon Ridge Parkway NW - Peachtree Corners, GA 30071
We moved! Please note our new address above.

5

## MATT JOHNSON'S HP LAPTOP

17.    An examination of Matt Johnson's HP Laptop computer showed the four spreadsheet attachments to the "January 28, 2021" email message were created on the HP Laptop on August 21, 2021 at 1:00 PM.

18.    The four spreadsheet attachments were located in the directory named "microsoft.windowscommunicationsapps_8wekyb3d8bbwe."

A.   "ATL Residential Costing Jan 2021(2306).xlsx"

B.  "ATL FLAT RATE-RESI PRICING 9-23-2019(2308).xlsx"

C.  "MASTER BRICK #'s(2307).xlsx"

D.  "Operator  Pricing 2020(2309).xls"

19.    By default, attachments received in the Microsoft Mail and Calendar App download to this directory.

20.    The four spreadsheet attachments are still in this directory; they are NOT deleted.

## HP LAPTOP DESKTOP "BUSINESS OPPORTUNITY"

21.    Matt Johnson's Desktop had a directory named "Business Opportunity" that was created on May 4, 2021.

22.    On August 21, 2021 at 1:03 PM, the file named "Copy of ATL FLAT RATE-RESI  PRICING  9-23-2019(2308).xlsx"  was  created  in  the  "Business

6

Opportunity" directory and it was last accessed on December 6, 2021 at 10:56 AM.

23.    On August 21, 2021 at 1:06 PM, the file named "Copy of ATL Residential Costing.xlsx" was created in the "Business Opportunity" directory and it was last accessed on December 6, 2021 at 10:32 AM.

24.    On August 21, 2021 at 1:07 PM, the file named "Copy of Operator Pricing 2020.xls" was created in the "Business Opportunity" directory and it was last accessed on January 30, 2022 at 12:01 PM.

25.    On August 21, 2021 at 1:08 PM, the file named "Copy of MASTER BRICK #'s.xlsx" was created in the "Business Opportunity" directory and it was last accessed on December 16, 2021 at 2:46 PM.

26.    The four spreadsheet attachments are no longer in this directory; they are deleted.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Expert Report was executed at Huntington Beach, California on June 29, 2023.

_____

Neil Broom, President and Lab Director

Technical Resource Center, Inc.

From: MattM.Johnson@dhpace.com 📎
Subject: Fwd: pricing
Date: January 28, 2021 at 4:14 PM
To: mattjohnson2267@gmail.com



Matt Johnson

Residential Service Department Manager
Overhead Door Company of Atlanta & Northeast Georgia

---

**From:** Matt M. Johnson <MattM.Johnson@dhpace.com>
**Sent:** Thursday, January 28, 2021 4:10:58 PM
**To:** Matt M. Johnson <MattM.Johnson@dhpace.com>
**Subject:** pricing

**Matt M. Johnson**, Residential Department Manager
*Manager*
*Overhead Door Company of Atlanta*
Office: (404) 872-3667
Mobile:(470) 426-2317
Email: MattM.Johnson@dhpace.com
www.overheaddooratlanta.com



Overhead Door Co. of Atlanta - 5105 Avalon Ridge Parkway NW - Peachtree Corners, GA 30071
We moved!  Please note our new address above.

   

ATL Residential    MASTER BRICK    ATL FLAT RATE-    Operator
Costin...21.xlsx    #'s.xlsx    RESI P...19.xlsx    Pricing 2020.xls

EXHIBIT
2
Huseby.com

DH PACE_000044

**From:**          Neil Broom
**To:**            Wayne Cartwright, Steve LaBriola, Sharika Zutshi, David A. Roberts, Ethan
                   Knott, Karen Prouty Conklin
**CC:**            Sharika Zutshi, David A. Roberts
**Date:**          Tue, 12 Jul 2022 00:00:34 +0000
**Subject:**       DH Pace v. Liberty Garage Service - ESI Protocol - Production 07.11.22
**Attachment(s):** 1

Wayne,


I was contacted by Steve today in reference to the new deadline of tomorrow imposed by the Court.


Based on the ESI Protocol (Dated 05/27/22), Paragraph 5. "Upon locating Confidential Information, as defined in this protocol, the forensic investigator shall gather the documents electronically and make a list of the documents located, including identifying them by file type, name, size, date, location, etc.  The *list* will be published to both parties and may be seen by Plaintiff and Plaintiff's counsel


We have located additional data concerning the "Confidential Information" files.  The data is listed in the attached spreadsheet and summarized below:


"Copy of ATL Residential Costing.xlsx" was last accessed on 12/06/21 at 10:32 AM
"Copy of ATL FLAT RATE-RESI PRICING 9-23-2019(2308).xlsx" was last accessed on 12/06/21 at
    10:56 AM
"Copy of MASTER BRICK #'s.xlsx" was last accessed on 12/16/21 at 2:46 PM
"Copy of Operator  Pricing 2020.xls" was last accessed on 1/30/22 at 12:01 PM


"Copy of ATL Residential Costing.xlsx" was put in the recycle bin on 12/06/21 at 10:32 AM


Thank you,


Neil Broom

President

EXHIBIT
3

Technical Resource Center, Inc.

20422 Beach Blvd

Suite 205

Huntington Beach CA 92648


800-839-2088 Toll Free

678-428-6304 Cell Phone


nbroom@trcglobal.com


www.trcglobal.com

Licensed California Private Investigator #28170

Licensed Florida Private Investigative Agency #A1700255

Licensed Georgia Private Detective Agency #PDC002261

Licensed Michigan Professional Investigator Agency #3701207406

Licensed Texas Private Investigation Company #A06230801

Licensed Utah Private Investigation Agency #P112091

| Name | Local Path | File Size | Creation Date | Creation Time (Local) | Last Write Date | Last Write Time (Local) | Last Access Date | Last Access Time (Local) |
|---|---|---|---|---|---|---|---|---|
| Copy of ATL Residential Costing.xlsx | C:\Users\matt\Desktop\Business Opportunity\Copy of ATL Residential Costing.xlsx | 3025358 | 8/21/21 | 1:06:05 PM | 8/21/21 | 1:06:06 PM | 12/6/21 | 10:32:36 AM |
| Copy of ATL FLAT RATE-RESI PRICING 9-23-2019(2308).xlsx | C:\Users\matt\Desktop\Business Opportunity\Copy of ATL FLAT RATE-RESI PRICING 9-23-2019(2308).xlsx | 6835099 | 8/21/21 | 1:03:55 PM | 8/21/21 | 1:03:55 PM | 12/6/21 | 10:56:30 AM |
| Copy of MASTER BRICK #'s.xlsx | C:\Users\matt\Desktop\Business Opportunity\Copy of MASTER BRICK #'s.xlsx | 27818 | 8/21/21 | 1:08:13 PM | 8/21/21 | 1:08:13 PM | 12/16/21 | 2:46:31 PM |
| Copy of Operator Pricing 2020.xls | C:\Users\matt\Desktop\Business Opportunity\Copy of Operator Pricing 2020.xls | 1522176 | 8/21/21 | 1:07:09 PM | 1/30/22 | 12:01:45 PM | 1/30/22 | 12:01:45 PM |

**Volume Type**  Fixed Disk
**Volume Label**  Windows
**Volume Serial Number**  34E4-1A1F

**File Placed in Recycle Bin**

| Name | Local Path | | | | | | Last Access Date | Last Access Time (Local) |
|---|---|---|---|---|---|---|---|---|
| Copy of ATL Residential Costing.xlsx | \$Recycle.Bin\S-1-5-21-1863777284-2756988070-2401669943-1001\$RL91L12.xlsx | | | | | | 12/6/21 | 10:32:36 AM |

| | |
|---|---|
| **From:** | Neil Broom |
| **To:** | David A. Roberts, Wayne Cartwright, Genie Iredale, Sharika Zutshi, Steve LaBriola, Ethan Knott, Karen Prouty Conklin |
| **CC:** | Steve LaBriola, droberts@hgrslaw.com |
| **Date:** | Jan 9, 2023 at 1:49 PM |
| **Subject:** | RE: DH Pace/Liberty, et al |
| **Attachment(s):** | 4 |

External sender. Use caution with links and attachments.

All,

As requested, I have attached the "Business Opportunity" and "Business Opportunities" file listing spreadsheets.

Neil

**From:** Ethan Knott <eknott@fellab.com>
**Sent:** Monday, January 9, 2023 9:59 AM
**To:** Neil Broom <nbroom@trcglobal.com>
**Cc:** Steve LaBriola <slabriola@fellab.com>; Sharika Zutshi <szutshi@fellab.com>; Genie Iredale <giredale@fellab.com>; Wayne Cartwright <wcartwright@hgrslaw.com>; droberts@hgrslaw.com; Karen Prouty Conklin <kconklin@fellab.com>
**Subject:** FW: DH Pace/Liberty, et al

Neil,

We hope you're doing well. I've copied all counsel on this email. Please see the highlights below. Can you please provide the parties with file listing spreadsheets for the below-referenced folders?

Thanks.

Ethan



Ethan M. Knott, Esq.

Fellows LaBriola LLP

233 Peachtree Street, N.E.

Suite 2400, Harris Tower

Atlanta, GA 30303

(404) 586-9200

(404) 586-2047 (Direct Dial)

(239) 770-1108 (Cell)


eknott@fellab.com


www.fellab.com




**From:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Date:** Friday, January 6, 2023 at 12:08 PM
**To:** Ethan Knott <eknott@fellab.com>
**Cc:** Karen Prouty Conklin <kconklin@fellab.com>, Sharika Zutshi <szutshi@fellab.com>, David A. Roberts <droberts@hgrslaw.com>, Steve LaBriola <slabriola@fellab.com>
**Subject:** RE: DH Pace/Liberty, et al

Hi Ethan,


Attached is a joint motion and proposed order extending the deadlines by a month. I extended the MSJ deadline by a little more than a month because 4/1 is on a Saturday.



As to your second question, yes Mr. Broom can provide a list to both parties of all files located in those folders.


Thanks,
Wayne

Wayne M. Cartwright

Associate | d. 404-537-5511 | c. 229-868-1777 | wcartwright@hgrslaw.com

Hall, Gilligan, Roberts & Shanlever llp


**Visit our COVID-19 Resource Center HERE.**


This message is confidential and is intended only for the addressee(s) shown above.  It may include content that is protected by legal privilege, which is expressly preserved and not waived by transmission to an unintended recipient.  Any retention, disclosure, duplication, forwarding, or other use of this communication or its contents by an individual who is not an intended recipient is prohibited.  If the reader of this message is not an intended recipient, or if this message is received in error, please notify the sender immediately.


**From:** Ethan Knott <eknott@fellab.com>
**Sent:** Thursday, January 5, 2023 6:16 AM
**To:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Cc:** Karen Prouty Conklin <kconklin@fellab.com>; Sharika Zutshi <szutshi@fellab.com>; David A. Roberts <droberts@hgrslaw.com>; Steve LaBriola <slabriola@fellab.com>
**Subject:** Re: DH Pace/Liberty, et al


External sender. Use caution with links and attachments.


Thanks, Wayne. We are happy to consent to a one-month extension of the discovery period. Do you want to prepare a joint motion for us to submit to the Court? We will discuss February deposition dates with our client and get back to you.


Separately, during his deposition, Matt Johnson testified to folders on his personal computer called "Business Opportunity" and "Business Opportunities." In accordance with the ESI Protocol/ Supplemental ESI Protocol, will you consent to Neil Broom providing us with file listing spreadsheets for these folders?


Best regards,

Ethan



Ethan M. Knott, Esq.

Fellows LaBriola LLP

233 Peachtree Street, N.E.

Suite 2400, Harris Tower

Atlanta, GA 30303

(404) 586-9200

(404) 586-2047 (Direct Dial)

(239) 770-1108 (Cell)

eknott@fellab.com

https://link.edgepilot.com/s/1b6703e9/Vb5oPN4nUUGckJAeJ7vXHA?u=http://www.fellab.com/

**From:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Date:** Wednesday, January 4, 2023 at 12:10 PM
**To:** Ethan Knott <eknott@fellab.com>
**Cc:** Karen Prouty Conklin <kconklin@fellab.com>, Sharika Zutshi <szutshi@fellab.com>, David A. Roberts <droberts@hgrslaw.com>, Steve LaBriola <slabriola@fellab.com>
**Subject:** RE: DH Pace/Liberty, et al

Ethan,

Understood. We will get the notice served soon so y'all can file the objections.

Unfortunately, though, I've had another matter take over my week of 12/23. Would y'all be amenable to a short, maybe 1 month, discovery extension (current deadline is 12/31) and setting these depositions for the first or second week of February?

Thanks,
Wayne


Wayne M. Cartwright

Associate l d. 404-537-5511 l c. 229-868-1777 l [wcartwright@hgrslaw.com](mailto:wcartwright@hgrslaw.com)

Hall, Gilligan, Roberts & Shanlever llp


**Visit our COVID-19 Resource Center [HERE](mailto:).**


This message is confidential and is intended only for the addressee(s) shown above.  It may include content that is protected by legal privilege, which is expressly preserved and not waived by transmission to an unintended recipient.  Any retention, disclosure, duplication, forwarding, or other use of this communication or its contents by an individual who is not an intended recipient is prohibited.  If the reader of this message is not an intended recipient, or if this message is received in error, please notify the sender immediately.


**From:** Ethan Knott <[eknott@fellab.com](mailto:eknott@fellab.com)>
**Sent:** Tuesday, January 3, 2023 11:21 AM
**To:** Wayne Cartwright <[wcartwright@hgrslaw.com](mailto:wcartwright@hgrslaw.com)>
**Cc:** Karen Prouty Conklin <[kconklin@fellab.com](mailto:kconklin@fellab.com)>; Sharika Zutshi <[szutshi@fellab.com](mailto:szutshi@fellab.com)>; David A. Roberts <[droberts@hgrslaw.com](mailto:droberts@hgrslaw.com)>; Steve LaBriola <[slabriola@fellab.com](mailto:slabriola@fellab.com)>
**Subject:** Re: DH Pace/Liberty, et al


External sender. Use caution with links and attachments.


Wayne,


Thanks for providing these topics. We are working with DH Pace to identify an appropriate witness(es). Due to the breadth of the topics, we wanted to let you know that we plan on filing objections and producing the witness(es) subject to those objections.

Let's tentatively plan on January 26, 2023, for the Rule 30(b)(6) deposition.

Best regards,

Ethan

Ethan M. Knott, Esq.

Fellows LaBriola LLP

233 Peachtree Street, N.E.

Suite 2400, Harris Tower

Atlanta, GA 30303

(404) 586-9200

(404) 586-2047 (Direct Dial)

(239) 770-1108 (Cell)

eknott@fellab.com

https://link.edgepilot.com/s/33fb5ee3/pl7jDppRsE65rF-jSd74rw?u=http://www.fellab.com/

**From:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Date:** Thursday, December 29, 2022 at 1:20 PM
**To:** Steve LaBriola <slabriola@fellab.com>
**Cc:** Ethan Knott <eknott@fellab.com>, Karen Prouty Conklin <kconklin@fellab.com>, Sharika Zutshi <szutshi@fellab.com>, David A. Roberts <droberts@hgrslaw.com>
**Subject:** RE: DH Pace/Liberty, et al

Steve,

Attached are the 30(b)(6) topics. Once we have a date(s), I'll serve the notices.


Thanks,

Wayne


Wayne M. Cartwright

Associate | d. 404-537-5511 | c. 229-868-1777 | wcartwright@hgrslaw.com

Hall, Gilligan, Roberts & Shanlever llp


**Visit our COVID-19 Resource Center HERE.**


This message is confidential and is intended only for the addressee(s) shown above.  It may include content that is protected by legal privilege, which is expressly preserved and not waived by transmission to an unintended recipient.  Any retention, disclosure, duplication, forwarding, or other use of this communication or its contents by an individual who is not an intended recipient is prohibited.  If the reader of this message is not an intended recipient, or if this message is received in error, please notify the sender immediately.


**From:** Wayne Cartwright
**Sent:** Wednesday, December 21, 2022 2:17 PM
**To:** Steve LaBriola <slabriola@fellab.com>
**Cc:** Ethan Knott <eknott@fellab.com>; Karen Prouty Conklin <kconklin@fellab.com>; Sharika Zutshi <szutshi@fellab.com>; David A. Roberts <droberts@hgrslaw.com>
**Subject:** RE: DH Pace/Liberty, et al


Understood. Please keep the January 23-26 dates available. I'll get you the topics for the 30(b)(6) next week.


Thanks,
Wayne


Wayne M. Cartwright

Associate | d. 404-537-5511 | c. 229-868-1777 | wcartwright@hgrslaw.com

Hall, Gilligan, Roberts & Shanlever llp

**Visit our COVID-19 Resource Center HERE.**

This message is confidential and is intended only for the addressee(s) shown above. It may include content that is protected by legal privilege, which is expressly preserved and not waived by transmission to an unintended recipient. Any retention, disclosure, duplication, forwarding, or other use of this communication or its contents by an individual who is not an intended recipient is prohibited. If the reader of this message is not an intended recipient, or if this message is received in error, please notify the sender immediately.

**From:** Steve LaBriola <slabriola@fellab.com>
**Sent:** Wednesday, December 21, 2022 2:15 PM
**To:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Cc:** Ethan Knott <eknott@fellab.com>; Karen Prouty Conklin <kconklin@fellab.com>; Sharika Zutshi <szutshi@fellab.com>; David A. Roberts <droberts@hgrslaw.com>
**Subject:** Re: DH Pace/Liberty, et al

External sender. Use caution with links and attachments.

Wayne,

January 18 is no longer available.



Steve

Stephen T. LaBriola, Esq.

Fellows LaBriola LLP

Suite 2400, Harris Tower, Peachtree Center

233 Peachtree Street, N.E.

Atlanta, GA 30303-1731

(404) 586-9200 (Main)

(404) 586-2020 (Direct)

(404) 529-4028 (Direct Fax)

slabriola@fellab.com

https://link.edgepilot.com/s/6bbcef8f/PU0QzIvCGk2JXZ5Jg_4iBw?u=http://www.fellab.com/

The information contained in this message and any attachments is confidential and may also contain privileged attorney-client information or work product.  It is intended only for the use of the person to whom it is properly addressed.  If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately and delete any record of it from your files.

**From:** "Stephen T. LaBriola" <slabriola@fellab.com>
**Date:** Tuesday, December 20, 2022 at 3:21 PM
**To:** Wayne Cartwright <wcartwright@hgrslaw.com>
**Cc:** Ethan Knott <eknott@fellab.com>, Karen Prouty Conklin <kconklin@fellab.com>, Sharika Zutshi <szutshi@fellab.com>, David Roberts <droberts@hagllp.com>
**Subject:** DH Pace/Liberty, et al

Wayne,

While I still need 30b6 topics from you, it appears we can do depositions (DH Pace 30b6 and Chris Bryson) on the following dates:  January 16 – 18 and January 23 – 26.



Steve

Stephen T. LaBriola, Esq.

Fellows LaBriola LLP

Suite 2400, Harris Tower, Peachtree Center

233 Peachtree Street, N.E.

Atlanta, GA 30303-1731

(404) 586-9200 (Main)

(404) 586-2020 (Direct)

(404) 529-4028 (Direct Fax)

slabriola@fellab.com

https://link.edgepilot.com/s/6bbcef8f/PU0QzIvCGk2JXZ5Jg_4iBw?u=http://www.fellab.com/

The information contained in this message and any attachments is confidential and may also contain privileged attorney-client information or work product.  It is intended only for the use of the person to whom it is properly addressed.  If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately and delete any record of it from your files.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

| Name | Item # | Comment | Path | Category | Ext |
|------|--------|---------|------|----------|-----|
| Image Overhead Door of Georgia.docx | 262413 | | 22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Downloads/Business Opportunities/Image Overhead Door of Georgia.docx | Microsoft Word 2016 XML | docx |

| **Created** | **Modified** | **Accessed** | **L-Size (bytes)** | **P-Size (bytes)** | **MD5** |
|---|---|---|---|---|---|
| 5/4/2021 7:12:51 PM (2021-05-04 23:12:51 UTC) | 5/4/2021 7:12:51 PM (2021-05-04 23:12:51 UTC) | 5/4/2021 7:12:52 PM (2021-05-04 23:12:52 UTC) | 25630 | 28672 | d7459f829e2bcc8a39c24d7678e2fa0d |

| Actual File | Carved | Compressed | Deleted | Duplicate File | eDiscovery Duplicate File | Author | Last Printed | Last Saved By |
|---|---|---|---|---|---|---|---|---|
| TRUE | FALSE | FALSE | FALSE | | | Craig Johnson | 4/9/2021 8:53:00 AM (2021-04-09 12:53:00 UTC) | Matt Johnson |

| Last Saved Time | Revision Number | Total Editing Time | Track Changes | Encrypted | From Recycle Bin | Recycle Bin Original Name | Email File |
|---|---|---|---|---|---|---|---|
| 5/4/2021 7:12:00 PM (2021-05-04 23:12:00 UTC) | 2 | 1 seconds | FALSE | FALSE | FALSE | | FALSE |

| Email Message | Subject | Submit Time | Delivery Time | From | To | CC | BCC | Has Attachment | Attachment | Attachment Count | Forwarded | From Email | Reply | Unsent | Unread |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | | | | | | | | FALSE | | | | FALSE | | | |

| Name | Item # | Comment |
|------|--------|---------|
| 1 - Business Binder1[1791].pdf | 260572 | |
| Carved [125956].jpeg | 865133 | |
| Carved [356787].jpeg | 865134 | |
| Carved [421990].jpeg | 865135 | |
| Carved [679754].jpeg | 865136 | |
| 1st Draft LOGO.PNG | 260567 | |
| 2 - Individual Binder[1787].pdf | 260581 | |
| Carved [235886].jpeg | 884978 | |
| 6-9 Meeting Update MJ.docx | 260560 | |
| 6.9.21 Overhead Door Metting Agenda[574].docx | 260588 | |
| Application Checklist - Binder.xlsm | 260574 | |
| vmlDrawing1.vml | 866107 | |
| image1.tiff | 866061 | |
| PROJECT | 1121666 | |
| Blank Personal_Financial_Statement.xls | 260575 | |
| Business Census Insurance.xls | 260561 | |
| Business Logo Mock Up A.PNG | 260562 | |
| CapEx.Startup.Runningcash.sheet(595).xlsx | 260558 | |
| Copy of CapEx.Startup.Runningcash.sheet(595).xlsx | 260559 | |
| Copy of Door Company 2022 Proforma.xlsx | 260582 | |
| COVID Status Form[1789].pdf | 260578 | |
| Carved [103802].jpeg | 884986 | |
| Door Company 2022 Proforma 2-6mo(596).xlsx | 260564 | |
| Door Company 2022 Proforma(492) COMBINED.xlsx | 260570 | |
| Door Company 2022 Proforma(492).xlsx | 261558 | |
| Door Company 2022 Proforma[769].pdf | 260580 | |
| Door Company 2023 Proforma.xlsx | 260563 | |
| Door Company 2023 Proforma[770].pdf | 261556 | |
| Door Company 2024 Proforma[771].pdf | 260583 | |
| EXPENSES 1ST DRAFT .docx | 260589 | |
| EXPENSES 1ST DRAFT.xlsx | 260579 | |
| Hinge Chart.PNG | 261559 | |
| Image Overhead Door of Georgia 1st Draft.docx | 260573 | |
| Individual Binder.pdf | 261557 | |
| Carved [451500].jpeg | 888391 | |
| Cart _ partsstore TORSION SPR INV.pdf | 261555 | |
| Copy of 2-Inventory List Detailed-Questions UPDATED.xlsm | 261554 | |
| PROJECT | 1193906 | |
| Extension Springs Quote.PNG | 261553 | |
| GateHouseSupplies.com - Shopping Cart LM OP INV.pdf | 261552 | |
| Carved [2833].jpeg | 886037 | |
| Carved [30526].jpeg | 886038 | |
| Carved [46227].jpeg | 886039 | |
| Carved [54147].jpeg | 886040 | |
| GENIE 8FT EXT KIT INV.PNG | 261551 | |
| GENIE SIDE MOUNT OP INV.PNG | 260600 | |
| Inventory List Detailed.xlsm | 260599 | |

| | |
|---|---|
| PROJECT | 1198009 |
| LM 7ft Rail QUOTE.PNG | 260598 |
| LM 8FT Rail QUOTE.PNG | 260597 |
| Lube 3 in 1 QUOTE.PNG | 260596 |
| Shopping Cart INV.pdf | 260595 |
| Carved [114929].jpeg | 886005 |
| Carved [136258].jpeg | 886006 |
| Carved [156074].jpeg | 886007 |
| Carved [174665].jpeg | 886008 |
| Carved [18397].jpeg | 886000 |
| Carved [193516].jpeg | 886009 |
| Carved [208912].jpeg | 886010 |
| Carved [223052].jpeg | 886011 |
| Carved [237432].jpeg | 886012 |
| Carved [256655].jpeg | 886013 |
| Carved [285008].jpeg | 886014 |
| Carved [33372].jpeg | 886001 |
| Carved [50053].jpeg | 886002 |
| Carved [64793].jpeg | 886003 |
| Carved [97401].jpeg | 886004 |
| Shopping Cart NSCD List.pdf | 260594 |
| Carved [29701].jpeg | 886027 |
| Carved [30667].jpeg | 886028 |
| Carved [38443].jpeg | 886029 |
| Carved [39588].jpeg | 886030 |
| Carved [5162].jpeg | 886026 |
| Carved [58200].jpeg | 886031 |
| Carved [59071].jpeg | 886032 |
| Carved [64116].jpeg | 886033 |
| Carved [86895].jpeg | 886034 |
| Steel Bearing QUOTE.PNG | 260593 |
| The Home Depot - Shopping Cart GENIE OPS INV.pdf | 260592 |
| Liberty Door CapEx.Startup.Cash Requirements sheet[772].pdf | 260577 |
| Liberty Garage Door Services Business Plan[768].pdf | 260576 |
| Liberty Garage Door Services EDIT IN PROGRESS .docx | 260569 |
| Liberty Operating Agreement[1183].docx | 260571 |
| Masters Overhead Door Company EDIT IN PROGRESS .docx | 260566 |
| Organizational Charts.xlsx | 260565 |
| Personal Financial Statement[794].pdf | 260586 |
| Carved [54055].jpeg | 884969 |
| Personal_Financial_Statement.xls | 260587 |
| Truck Quotes From JW Truck Sales.pdf | 260568 |
| unk | 261821 |
| unk1 | 261890 |
| unk2 | 260584 |
| unk3 | 261952 |
| business info.docx | 260554 |
| 281592859.pdf | 259398 |

| | |
|---|---|
| 400dpiLogo.jpg | 260552 |
| 400dpiLogo.png | 259384 |
| 400dpiLogoCropped.jpg | 259400 |
| 400dpiLogoCropped.png | 261213 |
| SmallLogo.jpg | 259390 |
| SmallLogo.png | 259392 |
| SmallLogoBW.jpg | 259386 |
| SmallLogoBW.png | 259388 |
| 281592859.pdf | 849960 |
| 400dpiLogo.jpg | 849961 |
| 400dpiLogo.png | 849962 |
| 400dpiLogoCropped.jpg | 849963 |
| 400dpiLogoCropped.png | 849964 |
| SmallLogo.jpg | 849967 |
| SmallLogo.png | 849968 |
| SmallLogoBW.jpg | 849969 |
| SmallLogoBW.png | 849970 |
| readme.txt | 849975 |

## Path

22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage

22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/Liberty Garage
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next

22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next
22024AB.001/Basic data partition (3)/Windows [NTFS]/[root]/Users/mattj/Desktop/Business Opportunity/My Baker Next

| Category | Ext | Created |
|----------|-----|---------|
| **Category** | **Ext** | **Created** |
| Adobe Acrobat | pdf | 8/17/2021 8:05:08 PM (2021-08-18 00:05:08 UTC) |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| PNG | png | 5/27/2021 8:09:57 PM (2021-05-28 00:09:57 UTC) |
| Adobe Acrobat | pdf | 8/17/2021 8:05:37 PM (2021-08-18 00:05:37 UTC) |
| JPEG | jpeg | n/a |
| Microsoft Word 2016 XML | docx | 6/8/2021 7:24:45 PM (2021-06-08 23:24:45 UTC) |
| Microsoft Word 2016 XML | docx | 6/8/2021 5:49:21 PM (2021-06-08 21:49:21 UTC) |
| Excel 2013 Binary | xlsm | 8/17/2021 8:04:40 PM (2021-08-18 00:04:40 UTC) |
| 7 bit text | vml | n/a |
| Tiff | tiff | n/a |
| 7 bit text | | n/a |
| Excel 2000 | xls | 8/17/2021 8:11:17 PM (2021-08-18 00:11:17 UTC) |
| Excel 2000 | xls | 10/28/2021 9:56:42 AM (2021-10-28 13:56:42 UTC) |
| PNG | png | 11/30/2021 2:30:26 PM (2021-11-30 19:30:26 UTC) |
| Excel 2016 | xlsx | 6/27/2021 3:01:25 PM (2021-06-27 19:01:25 UTC) |
| Excel 2016 | xlsx | 6/19/2021 11:03:29 AM (2021-06-19 15:03:29 UTC) |
| Excel 2016 | xlsx | 7/12/2021 7:46:27 PM (2021-07-12 23:46:27 UTC) |
| Adobe Acrobat | pdf | 8/17/2021 8:05:59 PM (2021-08-18 00:05:59 UTC) |
| JPEG | jpeg | n/a |
| Excel 2016 | xlsx | 6/19/2021 11:04:38 AM (2021-06-19 15:04:38 UTC) |
| Excel 2016 | xlsx | 6/27/2021 3:17:12 PM (2021-06-27 19:17:12 UTC) |
| Excel 2016 | xlsx | 5/27/2021 8:25:55 PM (2021-05-28 00:25:55 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:35:23 PM (2021-07-15 18:35:23 UTC) |
| Excel 2016 | xlsx | 6/19/2021 11:06:48 AM (2021-06-19 15:06:48 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:35:50 PM (2021-07-15 18:35:50 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:37:21 PM (2021-07-15 18:37:21 UTC) |
| Microsoft Word 2016 XML | docx | 5/8/2021 1:07:09 PM (2021-05-08 17:07:09 UTC) |
| Excel 2016 | xlsx | 5/8/2021 2:07:14 PM (2021-05-08 18:07:14 UTC) |
| PNG | png | 6/19/2021 11:45:48 AM (2021-06-19 15:45:48 UTC) |
| Microsoft Word 2016 XML | docx | 5/4/2021 7:17:35 PM (2021-05-04 23:17:35 UTC) |
| Adobe Acrobat | pdf | 8/17/2021 8:57:48 PM (2021-08-18 00:57:48 UTC) |
| JPEG | jpeg | n/a |
| Adobe Acrobat | pdf | 12/26/2021 1:19:15 PM (2021-12-26 18:19:15 UTC) |
| Excel 2013 Binary | xlsm | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| 7 bit text | | n/a |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| Adobe Acrobat | pdf | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| Excel 2013 Binary | xlsm | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |

| | | |
|---|---|---|
| 7 bit text | | n/a |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| Adobe Acrobat | pdf | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| Adobe Acrobat | pdf | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| JPEG | jpeg | n/a |
| PNG | png | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| Adobe Acrobat | pdf | 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:38:40 PM (2021-07-15 18:38:40 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:41:33 PM (2021-07-15 18:41:33 UTC) |
| Microsoft Word 2016 XML | docx | 6/22/2021 5:18:50 PM (2021-06-22 21:18:50 UTC) |
| Microsoft Word 2016 XML | docx | 8/15/2021 9:04:09 PM (2021-08-16 01:04:09 UTC) |
| Microsoft Word 2016 XML | docx | 6/8/2021 5:53:36 PM (2021-06-08 21:53:36 UTC) |
| Excel 2016 | xlsx | 6/1/2021 3:59:05 PM (2021-06-01 19:59:05 UTC) |
| Adobe Acrobat | pdf | 7/15/2021 2:29:35 PM (2021-07-15 18:29:35 UTC) |
| JPEG | jpeg | n/a |
| Excel 2000 | xls | 8/17/2021 8:43:36 PM (2021-08-18 00:43:36 UTC) |
| Adobe Acrobat | pdf | 12/6/2021 10:49:22 AM (2021-12-06 15:49:22 UTC) |
| HTML | <missing?> | 8/17/2021 8:02:42 PM (2021-08-18 00:02:42 UTC) |
| HTML | <missing?> | 8/17/2021 8:03:11 PM (2021-08-18 00:03:11 UTC) |
| HTML | <missing?> | 8/17/2021 8:03:24 PM (2021-08-18 00:03:24 UTC) |
| HTML | <missing?> | 8/17/2021 8:03:39 PM (2021-08-18 00:03:39 UTC) |
| Microsoft Word 2016 XML | docx | 6/2/2017 3:25:12 PM (2017-06-02 19:25:12 UTC) |
| Adobe Acrobat | pdf | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |

| | | |
|---|---|---|
| JPEG | jpg | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| PNG | png | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| JPEG | jpg | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| PNG | png | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| JPEG | jpg | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| PNG | png | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| JPEG | jpg | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| PNG | png | 1/1/1970 12:00:00 PM (1970-01-01 00:00:00 UTC) |
| Adobe Acrobat | pdf | n/a |
| JPEG | jpg | n/a |
| PNG | png | n/a |
| JPEG | jpg | n/a |
| PNG | png | n/a |
| JPEG | jpg | n/a |
| PNG | png | n/a |
| JPEG | jpg | n/a |
| PNG | png | n/a |
| 7 bit text | txt | n/a |

## Modified

8/17/2021 8:05:09 PM (2021-08-18 00:05:09 UTC)
n/a
n/a
n/a
n/a
5/27/2021 8:09:57 PM (2021-05-28 00:09:57 UTC)
8/17/2021 8:05:37 PM (2021-08-18 00:05:37 UTC)
n/a
6/8/2021 7:52:12 PM (2021-06-08 23:52:12 UTC)
6/8/2021 5:49:22 PM (2021-06-08 21:49:22 UTC)
8/17/2021 8:04:41 PM (2021-08-18 00:04:41 UTC)
n/a
n/a
n/a
8/17/2021 8:11:19 PM (2021-08-18 00:11:19 UTC)
10/30/2021 12:45:41 PM (2021-10-30 16:45:41 UTC)
11/30/2021 2:30:26 PM (2021-11-30 19:30:26 UTC)
6/27/2021 3:01:25 PM (2021-06-27 19:01:25 UTC)
6/27/2021 3:01:08 PM (2021-06-27 19:01:08 UTC)
7/12/2021 7:46:28 PM (2021-07-12 23:46:28 UTC)
8/17/2021 8:05:59 PM (2021-08-18 00:05:59 UTC)
n/a
6/19/2021 11:04:38 AM (2021-06-19 15:04:38 UTC)
7/10/2021 3:00:56 PM (2021-07-10 19:00:56 UTC)
5/27/2021 8:25:55 PM (2021-05-28 00:25:55 UTC)
7/15/2021 2:35:23 PM (2021-07-15 18:35:23 UTC)
6/27/2021 2:37:13 PM (2021-06-27 18:37:13 UTC)
7/15/2021 2:35:51 PM (2021-07-15 18:35:51 UTC)
7/15/2021 2:37:22 PM (2021-07-15 18:37:22 UTC)
5/8/2021 1:48:18 PM (2021-05-08 17:48:18 UTC)
5/8/2021 2:25:53 PM (2021-05-08 18:25:53 UTC)
6/19/2021 11:45:48 AM (2021-06-19 15:45:48 UTC)
5/4/2021 7:17:36 PM (2021-05-04 23:17:36 UTC)
8/17/2021 8:57:48 PM (2021-08-18 00:57:48 UTC)
n/a
12/9/2021 7:33:18 PM (2021-12-10 00:33:18 UTC)
12/22/2021 5:18:18 PM (2021-12-22 22:18:18 UTC)
n/a
12/6/2021 2:46:45 PM (2021-12-06 19:46:45 UTC)
12/9/2021 7:46:46 PM (2021-12-10 00:46:46 UTC)
n/a
n/a
n/a
n/a
12/9/2021 7:59:10 PM (2021-12-10 00:59:10 UTC)
12/9/2021 7:57:14 PM (2021-12-10 00:57:14 UTC)
12/12/2021 7:21:02 PM (2021-12-13 00:21:02 UTC)

n/a
12/22/2021 5:16:27 PM (2021-12-22 22:16:27 UTC)
12/22/2021 5:14:54 PM (2021-12-22 22:14:54 UTC)
12/22/2021 5:07:59 PM (2021-12-22 22:07:59 UTC)
12/9/2021 7:13:52 PM (2021-12-10 00:13:52 UTC)
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
12/9/2021 6:14:31 PM (2021-12-09 23:14:31 UTC)
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
12/22/2021 5:10:11 PM (2021-12-22 22:10:11 UTC)
12/9/2021 7:54:52 PM (2021-12-10 00:54:52 UTC)
7/15/2021 2:38:40 PM (2021-07-15 18:38:40 UTC)
7/15/2021 2:41:33 PM (2021-07-15 18:41:33 UTC)
7/10/2021 3:00:18 PM (2021-07-10 19:00:18 UTC)
8/15/2021 9:04:10 PM (2021-08-16 01:04:10 UTC)
6/22/2021 5:18:18 PM (2021-06-22 21:18:18 UTC)
6/1/2021 3:59:05 PM (2021-06-01 19:59:05 UTC)
7/15/2021 2:29:35 PM (2021-07-15 18:29:35 UTC)
n/a
8/17/2021 8:44:44 PM (2021-08-18 00:44:44 UTC)
12/6/2021 10:49:22 AM (2021-12-06 15:49:22 UTC)
8/17/2021 8:02:15 PM (2021-08-18 00:02:15 UTC)
8/17/2021 8:02:15 PM (2021-08-18 00:02:15 UTC)
8/17/2021 8:02:14 PM (2021-08-18 00:02:14 UTC)
8/17/2021 8:02:14 PM (2021-08-18 00:02:14 UTC)
6/2/2017 3:25:12 PM (2017-06-02 19:25:12 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)

7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
7/13/2017 9:57:00 AM (2017-07-13 13:57:00 UTC)
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a
n/a

| Accessed | L-Size (bytes) | P-Size (bytes) |
|---|---|---|
| 12/6/2021 10:56:19 AM (2021-12-06 15:56:19 UTC) | 938219 | 942080 |
| n/a | 11586 | n/a |
| n/a | 3014 | n/a |
| n/a | 5898 | n/a |
| n/a | 11587 | n/a |
| 12/6/2021 11:05:44 AM (2021-12-06 16:05:44 UTC) | 141342 | 143360 |
| 12/6/2021 10:56:16 AM (2021-12-06 15:56:16 UTC) | 876300 | 876544 |
| n/a | 11586 | n/a |
| 12/6/2021 10:56:15 AM (2021-12-06 15:56:15 UTC) | 15463 | 16384 |
| 12/6/2021 11:05:46 AM (2021-12-06 16:05:46 UTC) | 14901 | 16384 |
| 2/12/2022 4:04:33 PM (2022-02-12 21:04:33 UTC) | 113963 | 114688 |
| n/a | 1212 | n/a |
| n/a | 17488 | n/a |
| n/a | 357 | n/a |
| 12/6/2021 11:05:47 AM (2021-12-06 16:05:47 UTC) | 82944 | 86016 |
| 2/12/2022 4:04:28 PM (2022-02-12 21:04:28 UTC) | 35840 | 36864 |
| 2/12/2022 4:06:26 PM (2022-02-12 21:06:26 UTC) | 329856 | 331776 |
| 12/6/2021 10:56:15 AM (2021-12-06 15:56:15 UTC) | 12902 | 16384 |
| 12/6/2021 10:56:15 AM (2021-12-06 15:56:15 UTC) | 12908 | 16384 |
| 12/6/2021 10:56:15 AM (2021-12-06 15:56:15 UTC) | 23297 | 24576 |
| 12/6/2021 10:56:15 AM (2021-12-06 15:56:15 UTC) | 161787 | 163840 |
| n/a | 7697 | n/a |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 22701 | 24576 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 39111 | 40960 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 22242 | 24576 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 130898 | 131072 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 22739 | 24576 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 136528 | 139264 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 132567 | 135168 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 14494 | 16384 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 11261 | 12288 |
| 12/6/2021 10:56:14 AM (2021-12-06 15:56:14 UTC) | 6627 | 8192 |
| 12/6/2021 10:56:13 AM (2021-12-06 15:56:13 UTC) | 25667 | 28672 |
| 12/6/2021 10:56:13 AM (2021-12-06 15:56:13 UTC) | 1311121 | 1314816 |
| n/a | 11586 | n/a |
| 12/26/2021 1:19:18 PM (2021-12-26 18:19:18 UTC) | 1249785 | 1253376 |
| 12/26/2021 1:19:18 PM (2021-12-26 18:19:18 UTC) | 41054 | 45056 |
| n/a | 619 | n/a |
| 12/26/2021 1:19:18 PM (2021-12-26 18:19:18 UTC) | 95532 | 98304 |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 331959 | 335872 |
| n/a | 261 | n/a |
| n/a | 2567 | n/a |
| n/a | 496 | n/a |
| n/a | 372 | n/a |
| 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) | 37876 | 40960 |
| 12/26/2021 1:19:16 PM (2021-12-26 18:19:16 UTC) | 693494 | 696320 |
| 12/26/2021 1:19:18 PM (2021-12-26 18:19:18 UTC) | 39499 | 40960 |

| | | |
|---|---|---|
| n/a | 619 | n/a |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 214049 | 217088 |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 218326 | 221184 |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 74491 | 77824 |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 436720 | 438272 |
| n/a | 21143 | n/a |
| n/a | 19630 | n/a |
| n/a | 18405 | n/a |
| n/a | 18665 | n/a |
| n/a | 14060 | n/a |
| n/a | 15210 | n/a |
| n/a | 13954 | n/a |
| n/a | 14194 | n/a |
| n/a | 19037 | n/a |
| n/a | 17387 | n/a |
| n/a | 12694 | n/a |
| n/a | 16495 | n/a |
| n/a | 14554 | n/a |
| n/a | 22266 | n/a |
| n/a | 16613 | n/a |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 354191 | 356352 |
| n/a | 783 | n/a |
| n/a | 1152 | n/a |
| n/a | 963 | n/a |
| n/a | 818 | n/a |
| n/a | 1207 | n/a |
| n/a | 689 | n/a |
| n/a | 752 | n/a |
| n/a | 6034 | n/a |
| n/a | 1155 | n/a |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 665019 | 667648 |
| 12/26/2021 1:19:17 PM (2021-12-26 18:19:17 UTC) | 1217337 | 1220608 |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 125550 | 126976 |
| 2/12/2022 4:05:44 PM (2022-02-12 21:05:44 UTC) | 374452 | 376832 |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 30276 | 32768 |
| 2/12/2022 4:05:02 PM (2022-02-12 21:05:02 UTC) | 53912 | 57344 |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 29747 | 32768 |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 26227 | 28672 |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 82742 | 86016 |
| n/a | 2734 | n/a |
| 12/6/2021 10:56:12 AM (2021-12-06 15:56:12 UTC) | 84992 | 86016 |
| 3/18/2022 5:49:24 PM (2022-03-18 21:49:24 UTC) | 63895 | 65536 |
| 10/10/2021 10:28:19 AM (2021-10-10 14:28:19 UTC) | 219 | 224 |
| 10/10/2021 10:28:19 AM (2021-10-10 14:28:19 UTC) | 219 | 224 |
| 10/10/2021 10:28:19 AM (2021-10-10 14:28:19 UTC) | 219 | 224 |
| 10/10/2021 10:28:19 AM (2021-10-10 14:28:19 UTC) | 178 | 184 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 12138 | 12288 |
| 5/27/2021 7:51:31 PM (2021-05-27 23:51:31 UTC) | 21613 | 24576 |

| | | |
|---|---|---|
| 5/27/2021 7:51:31 PM (2021-05-27 23:51:31 UTC) | 214029 | 217088 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 199107 | 200704 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 204738 | 204800 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 190985 | 192512 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 27780 | 28672 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 34367 | 36864 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 25296 | 28672 |
| 5/4/2021 7:16:24 PM (2021-05-04 23:16:24 UTC) | 25130 | 28672 |
| n/a | 21613 | n/a |
| n/a | 214029 | n/a |
| n/a | 199107 | n/a |
| n/a | 204738 | n/a |
| n/a | 190985 | n/a |
| n/a | 27780 | n/a |
| n/a | 34367 | n/a |
| n/a | 25296 | n/a |
| n/a | 25130 | n/a |
| n/a | 14 | n/a |

## MD5

| MD5 | Actual File | Carved | Compressed | Deleted |
| --- | --- | --- | --- | --- |
| ad3413e00a23700bab9465500b1dd7fb | TRUE | FALSE | FALSE | FALSE |
| fb0ad7266e6a75a333ad1a7e14b41f37 | FALSE | TRUE | | FALSE |
| 023ef23153a1ed4ccf81402e3479b661 | FALSE | TRUE | | FALSE |
| b8007262a6901daa0165bad293f73c79 | FALSE | TRUE | | FALSE |
| 54e28c58c7661fbb61a1c59a404d9816 | FALSE | TRUE | | FALSE |
| 4bf8099a79522ca5c1261b31dc6d39de | TRUE | FALSE | FALSE | FALSE |
| 3f71d8f38f654fe018832100fcfd607f | TRUE | FALSE | FALSE | FALSE |
| fb0ad7266e6a75a333ad1a7e14b41f37 | FALSE | TRUE | | FALSE |
| afd460a3917d417b10d7fe1c356eef89 | TRUE | FALSE | FALSE | FALSE |
| 3b7f04e6707b16da19fb086eefe3370a | TRUE | FALSE | FALSE | FALSE |
| 1f66d0bb1100ef12327b4e090e80dae0 | TRUE | FALSE | FALSE | FALSE |
| 4eefa68887c9711f6db838f86fc07866 | FALSE | FALSE | TRUE | FALSE |
| 41dfdbb1c3f4681b3c1a23ca4c92456e | FALSE | FALSE | FALSE | FALSE |
| 2e9535efba1bb754fd75ee2c4d379384 | FALSE | FALSE | | FALSE |
| 22c4ad9318feadcddec68995d9859015 | TRUE | FALSE | FALSE | FALSE |
| b007997ae25c943f70cbcc6fa566e995 | TRUE | FALSE | FALSE | FALSE |
| 608d89569092b51a63095e9933f2884b | TRUE | FALSE | FALSE | FALSE |
| bb12911a6240f4e573083a7e7b8bab89 | TRUE | FALSE | FALSE | FALSE |
| 1196890efa07f9eba181199352a1f104 | TRUE | FALSE | FALSE | FALSE |
| 330f0b1d2f573f03eb1e18716cf8db79 | TRUE | FALSE | FALSE | FALSE |
| d80b51a4357dee7af725cf11983a59aa | TRUE | FALSE | FALSE | FALSE |
| 420b5bf249e6c5b72355e34068f8795b | FALSE | TRUE | | FALSE |
| 6efc20c7dd3db6c2de6d086e09084775 | TRUE | FALSE | FALSE | FALSE |
| 7ce82fc02d284cb570c83a37a224ec8a | TRUE | FALSE | FALSE | FALSE |
| 762ad1e73343f34f234cc22f352f95f5 | TRUE | FALSE | FALSE | FALSE |
| 87b729eaacf7a724b5ab66ae677484a2 | TRUE | FALSE | FALSE | FALSE |
| e16db02390ae0c887d6c38eb0926abe1 | TRUE | FALSE | FALSE | FALSE |
| e958ecb224b1582d7b1dc79460e935f2 | TRUE | FALSE | FALSE | FALSE |
| 1517102465ccb86689a987037db64058 | TRUE | FALSE | FALSE | FALSE |
| 0d9cb0560329ef92f4d02ca1dae278f7 | TRUE | FALSE | FALSE | FALSE |
| 1de5f1c626eaf9b89829b086eebca1ea | TRUE | FALSE | FALSE | FALSE |
| 5bb8226883c310fcff62d56649caee1a | TRUE | FALSE | FALSE | FALSE |
| dba3169cdbb59db11101082f59a1df8c | TRUE | FALSE | FALSE | FALSE |
| 0153fbbd73b2f13b415c5b302becf137 | TRUE | FALSE | FALSE | FALSE |
| fb0ad7266e6a75a333ad1a7e14b41f37 | FALSE | TRUE | | FALSE |
| 587e72c65f5a5dccfff874cd054e1d11 | TRUE | FALSE | FALSE | FALSE |
| 142803c1cff38c40accbbcec0059f4c0 | TRUE | FALSE | FALSE | FALSE |
| bfa63d50f4e6402b8bf93c555d3eb16e | FALSE | FALSE | | FALSE |
| d389d97f6cba58ee5eca191c97c7044e | TRUE | FALSE | FALSE | FALSE |
| 068e467f5cd33b5ecd18024d62d62e6e | TRUE | FALSE | FALSE | FALSE |
| 45572668e2017970b16117a180790673 | FALSE | TRUE | | FALSE |
| 8667b485851b11cd1bd8ba595e45d0dd | FALSE | TRUE | | FALSE |
| c3aabffce8ec5da20a76cec978aa6e2d | FALSE | TRUE | | FALSE |
| 385315d0c39f91476c498f2bf05f0517 | FALSE | TRUE | | FALSE |
| 8559cc90fd597d693998bbd9c1ac3b56 | TRUE | FALSE | FALSE | FALSE |
| 6405a20327079defec6e5a87ff2d205a | TRUE | FALSE | FALSE | FALSE |
| 8e51d04ada88ee0f52b1c447534d6b91 | TRUE | FALSE | FALSE | FALSE |

| | | | |
|---|---|---|---|
| bfa63d50f4e6402b8bf93c555d3eb16e | FALSE | FALSE | | FALSE |
| 604715407beb6d31b67a4d6e0e45b524 | TRUE | FALSE | FALSE | FALSE |
| dff0639960b5af5d79f48355e6b7c088 | TRUE | FALSE | FALSE | FALSE |
| e634a8070adb48b8471b26a6b494fbda | TRUE | FALSE | FALSE | FALSE |
| 31cd89c538f95d3c0e5165fa75a1cb68 | TRUE | FALSE | FALSE | FALSE |
| 2a7b6313a1a00d4f23715786fdae2b0c | FALSE | TRUE | | FALSE |
| 6d0d648dd4896dbcbedb1e58d923b9ba | FALSE | TRUE | | FALSE |
| de21be43d937c31fdec80c8bf4462997 | FALSE | TRUE | | FALSE |
| 443e370993b12edb56b9d4ebb5342648 | FALSE | TRUE | | FALSE |
| cd6af167678c0439fb8bb830a43aeedc | FALSE | TRUE | | FALSE |
| 49b26d88758caa49e4fc6a7a3250eed1 | FALSE | TRUE | | FALSE |
| 3c073d20e179573e594f3950908d8c71 | FALSE | TRUE | | FALSE |
| 704a1da485773b68fb66e717dc6953de | FALSE | TRUE | | FALSE |
| e7baf93001b5737c0bdaff8ee3a516f8 | FALSE | TRUE | | FALSE |
| ae540b9091ce568d608ad4652d230cb3 | FALSE | TRUE | | FALSE |
| 5523e2de3cc1ff8e36daabc97e70eb01 | FALSE | TRUE | | FALSE |
| 11b9598aac04bab6b2ad159e15cf0954 | FALSE | TRUE | | FALSE |
| 3bd4b7b6e4a01d030b7e4531fb89f90b | FALSE | TRUE | | FALSE |
| def817861649c5f1b8fd35675cfdef5d | FALSE | TRUE | | FALSE |
| a48c9c84b66e803963f0cb9d4b0ae5ab | FALSE | TRUE | | FALSE |
| 06d66840ffbd430fcf91af3607b63c74 | TRUE | FALSE | FALSE | FALSE |
| 1400228e4ebbbcff8f6b7d0abfba30ee | FALSE | TRUE | | FALSE |
| 834e9da1f948280afab8569352037119 | FALSE | TRUE | | FALSE |
| 7b3b14f2ceaaedcf5348ffc521a02264 | FALSE | TRUE | | FALSE |
| 80a3866cb7a1aebfe752cb04995a19f2 | FALSE | TRUE | | FALSE |
| 8d0b7a7fb37b145d5549c6b6436133c0 | FALSE | TRUE | | FALSE |
| 7885bcc1be14d9b41ef184c95f0211b9 | FALSE | TRUE | | FALSE |
| 7d9dd99ef5e07225594604da50ac0aaf | FALSE | TRUE | | FALSE |
| b886b8d8bf709d84c2cb1e1b1f360827 | FALSE | TRUE | | FALSE |
| 2581e3d754aab57fac92423b97c30568 | FALSE | TRUE | | FALSE |
| df546ad35460bd40709d169d657daa6f | TRUE | FALSE | FALSE | FALSE |
| e72f029694024c7df7f74e6b863680b3 | TRUE | FALSE | FALSE | FALSE |
| 8343bd7546526b7eb58b2f7f7bd66649 | TRUE | FALSE | FALSE | FALSE |
| 66dc6781fb05a634a5509d5472873e70 | TRUE | FALSE | FALSE | FALSE |
| 1c34867ce7b3b47a3dae80e48399d2f6 | TRUE | FALSE | FALSE | FALSE |
| d231ae98288d7b5eeccd4435a127638f | TRUE | FALSE | FALSE | FALSE |
| baa2e76a7d66da9362b1fb26f24c9773 | TRUE | FALSE | FALSE | FALSE |
| ce66f38a47b4ef92d96ce8767523b17b | TRUE | FALSE | FALSE | FALSE |
| 2e6139572a0ff9a57182faa5eb50764f | TRUE | FALSE | FALSE | FALSE |
| 25cdcff0effd9dfaa67428fcef6b7167 | FALSE | TRUE | | FALSE |
| 153bdd67442d64f0b8fb4766319417b8 | TRUE | FALSE | FALSE | FALSE |
| 5e3cdb9de846591eaed0f5130e30bea0 | TRUE | FALSE | FALSE | FALSE |
| 528f21dffe664ad2724e30a8b594f54f | TRUE | FALSE | FALSE | FALSE |
| 528f21dffe664ad2724e30a8b594f54f | TRUE | FALSE | FALSE | FALSE |
| 528f21dffe664ad2724e30a8b594f54f | TRUE | FALSE | FALSE | FALSE |
| ece9b605730681eb43b93363713b7036 | TRUE | FALSE | FALSE | FALSE |
| f4f1bc38dd183460f56ebad9016ec752 | TRUE | FALSE | FALSE | FALSE |
| e92becac7d3322ad29bcc8a3efcfa8c8 | TRUE | FALSE | FALSE | FALSE |

| | | | | |
|---|---|---|---|---|
| b20be29da87f3041bc299ec2a2248b0c | TRUE | FALSE | FALSE | FALSE |
| e98b4134b266e157f92ea8a6cdd241ad | TRUE | FALSE | FALSE | FALSE |
| b4d3e66158375b41e791a880a51709b7 | TRUE | FALSE | FALSE | FALSE |
| 9342c6d65657fba0fd7df08439279568 | TRUE | FALSE | FALSE | FALSE |
| a0be04a6595822456ffa8897b6a5494b | TRUE | FALSE | FALSE | FALSE |
| 7019f0c85966318b4b68e257d725bd56 | TRUE | FALSE | FALSE | FALSE |
| 20d68461412b9744cf755737d21f176e | TRUE | FALSE | FALSE | FALSE |
| f3bec4b5c17d1990a8e8097112cee684 | TRUE | FALSE | FALSE | FALSE |
| e92becac7d3322ad29bcc8a3efcfa8c8 | FALSE | FALSE | TRUE | FALSE |
| b20be29da87f3041bc299ec2a2248b0c | FALSE | FALSE | TRUE | FALSE |
| e98b4134b266e157f92ea8a6cdd241ad | FALSE | FALSE | TRUE | FALSE |
| b4d3e66158375b41e791a880a51709b7 | FALSE | FALSE | TRUE | FALSE |
| 9342c6d65657fba0fd7df08439279568 | FALSE | FALSE | TRUE | FALSE |
| a0be04a6595822456ffa8897b6a5494b | FALSE | FALSE | TRUE | FALSE |
| 7019f0c85966318b4b68e257d725bd56 | FALSE | FALSE | TRUE | FALSE |
| 20d68461412b9744cf755737d21f176e | FALSE | FALSE | TRUE | FALSE |
| f3bec4b5c17d1990a8e8097112cee684 | FALSE | FALSE | TRUE | FALSE |
| f3e6a108089beb069cdaadc18d33e38c | FALSE | FALSE | TRUE | FALSE |

| Duplicate File | eDiscovery Duplicate Fil | Author |
|---|---|---|
| Secondary | | Smith,Kassandra Maness |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| | | |
| Secondary | | Smith,Kassandra Maness |
| Secondary | | |
| Secondary | | Matt Johnson |
| Secondary | | Craig Johnson |
| | | Smith,Kassandra Maness |
| | | |
| Secondary | | |
| Secondary | | |
| | | |
| | | |
| | | |
| Secondary | | Matt Johnson |
| | | Matt Johnson |
| | | Craig Johnson |
| Secondary | | Smith,Kassandra Maness |
| Secondary | | |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Craig Johnson |
| | | Matt Johnson |
| | | Matt Johnson |
| | | |
| | | Craig Johnson |
| | | |
| Secondary | | |
| Secondary | | |
| Secondary | | Matt Johnson |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | |
| Secondary | | Matt Johnson |

Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
                                        Matt Johnson
                                        Craig Johnson
                                        Craig Johnson
                                        Jennifer Smith
                                        Craig Johnson
                                        Matt Johnson
Secondary
Primary

Secondary
Secondary
Secondary
Secondary
Secondary
                                        Matt Johnson
Primary

Primary
Primary
Primary
Primary
Primary
Primary
Primary
Primary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary
Secondary

**Last Printed**                                  **Last Saved B**

Matt Johnson
Matt Johnson
Matt Johnson

6/10/2021 2:16:31 PM (2021-06-10 18:16:31 UTC)    Matt Johnson
6/10/2021 2:16:31 PM (2021-06-10 18:16:31 UTC)    Matt Johnson
5/13/2021 10:21:43 AM (2021-05-13 14:21:43 UTC)    Matt Johnson

6/8/2021 11:28:31 AM (2021-06-08 15:28:31 UTC)    Matt Johnson
5/13/2021 10:21:43 AM (2021-05-13 14:21:43 UTC)    Matt Johnson
5/13/2021 10:21:43 AM (2021-05-13 14:21:43 UTC)    Matt Johnson

5/13/2021 10:21:43 AM (2021-05-13 14:21:43 UTC)    Matt Johnson

Matt Johnson
Matt Johnson

4/9/2021 8:53:00 AM (2021-04-09 12:53:00 UTC)    Matt Johnson

Matt Johnson

Matt Johnson

4/9/2021 8:53:00 AM (2021-04-09 12:53:00 UTC)          Matt Johnson
3/12/2014 4:16:00 PM (2014-03-12 20:16:00 UTC)         Matt Johnson
4/9/2021 8:53:00 AM (2021-04-09 12:53:00 UTC)          Matt Johnson
                                                       Matt Johnson



                                                       Matt Johnson

**Last Saved Time**                          **Revision Numbe**

6/8/2021 7:52:00 PM (2021-06-08 23:52:00 UTC)                    6
6/8/2021 5:49:00 PM (2021-06-08 21:49:00 UTC)                    2
8/17/2021 8:04:41 PM (2021-08-18 00:04:41 UTC)

6/27/2021 3:01:25 PM (2021-06-27 19:01:25 UTC)
6/27/2021 3:01:08 PM (2021-06-27 19:01:08 UTC)
7/12/2021 7:46:28 PM (2021-07-12 23:46:28 UTC)

6/19/2021 11:04:38 AM (2021-06-19 15:04:38 UTC)
7/10/2021 3:00:56 PM (2021-07-10 19:00:56 UTC)
5/27/2021 8:25:55 PM (2021-05-28 00:25:55 UTC)

6/27/2021 2:37:13 PM (2021-06-27 18:37:13 UTC)

5/8/2021 1:48:00 PM (2021-05-08 17:48:00 UTC)                    3
5/8/2021 2:25:53 PM (2021-05-08 18:25:53 UTC)

5/4/2021 7:17:00 PM (2021-05-04 23:17:00 UTC)                    2

12/22/2021 5:18:18 PM (2021-12-22 22:18:18 UTC)

12/12/2021 7:21:02 PM (2021-12-13 00:21:02 UTC)

7/10/2021 3:00:00 PM (2021-07-10 19:00:00 UTC)                    17
8/15/2021 9:04:00 PM (2021-08-16 01:04:00 UTC)                     2
6/22/2021 5:18:00 PM (2021-06-22 21:18:00 UTC)                     9
6/1/2021 3:59:05 PM (2021-06-01 19:59:05 UTC)

6/2/2017 3:25:00 PM (2017-06-02 19:25:00 UTC)                      2

| Total Editing Time | Track Change | Encrypted | From Recycle Bin |
|---|---|---|---|
| | | FALSE | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| 44 seconds | FALSE | FALSE | FALSE |
| 1 seconds | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| 48 seconds | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| 4 seconds | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | FALSE | FALSE | FALSE |

| | | | |
|---|---|---|---|
| | | | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| 3 hours 8 minutes 4 seconds | FALSE | FALSE | FALSE |
| 1 seconds | FALSE | FALSE | FALSE |
| 1 minutes 19 seconds | FALSE | FALSE | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | | FALSE |
| | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| | | FALSE | FALSE |
| 1 seconds | FALSE | FALSE | FALSE |
| | | FALSE | FALSE |

| | |
|---|---|
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |

| Recycle Bin Original Nam | Email File | Email Message | Subject | Submit Time | Delivery Time |
|---|---|---|---|---|---|
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |
| | FALSE | FALSE | | | |

| | |
|---|---|
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |

| | |
|---|---|
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |

| From | To | CC | BCC | Has Attachment | Attachment | Attachment Count | Forwarded | From Email |
|------|----|----|-----|----------------|------------|------------------|-----------|------------|
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |
|  |  |  |  | FALSE |  |  |  | FALSE |

| | |
|---|---|
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |

| | |
|---|---|
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |
| FALSE | FALSE |

**Reply Unsent Unread**

Message

| | |
|---|---|
| **From:** | "Matt M. Johnson" [MattM.Johnson@dhpace.com] |
| **on behalf of** | "Matt M. Johnson" |
| **Sent:** | 1/13/2021 7:41:45 PM |
| **To:** | Matt Johnson <mattjohnson2267@gmail.com> [mattjohnson2267@gmail.com] |
| **Subject:** | rev numbers |
| **Attachments:** | 266-Supr_Scorecard_Summ_res 2017.pdf; 266-Supr_Scorecard_Summ_RES_TM 2016.pdf; Supr_Scorecard_Summ_RES_TM 2015.pdf; 266-Supr_Scorecard_Summ_res 2018.pdf; 266-Supr_Scorecard_Summ_res 2019.pdf |

**Matt M. Johnson**, Residential Department Manager
*Manager*
*Overhead Door Company of Atlanta*

Office: (404) 872-3667
Mobile:(470) 426-2317
Email: MattM.Johnson@dhpace.com

www.overheaddooratlanta.com



Overhead Door Co. of Atlanta - 5105 Avalon Ridge Parkway NW - Peachtree Corners, GA 30071
**We moved! Please note our new address above.**



EXHIBIT
5
Huseby.com

LIBERTY_ESI0034536